# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: amcc7 | Date Created: 12/17/2009 |
| Case: 09−47131 | Form ID: b9f | Total: 46 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Compass Mechanical Services, Inc. | 165 Easy Street | Carol Stream, IL 60188 | | |
| aty | Forrest L Ingram | Forrest L. Ingram, P.C. | 79 W Monroe Street | Suite 900 | Chicago, IL 60603 |
| 14842827 | Associated Equipment | 1455 Brummel Ave | #100 | Elk Grove Village, IL 60007 | |
| 14842830 | BTU Company | 770 Pasquinelli Drive | #414 | Westmont, IL 60559 | |
| 14842828 | Baum, Sigman, Auerbach | 200 W. Adams St #2200 | Chicago, IL 60606 | | |
| 14842829 | Bornquist, Inc. | 7050 Lehigh Ave. | Chicago, IL 60646 | | |
| 14842831 | Cambridge Engineering | P.O. Box 419161 | Creve Coeur, MO 63141 | | |
| 14842832 | Department of Employment Security | 33 S. State St, 10th Floor | Attn: Leviah Holt | Chicago, IL 60603 | |
| 14842833 | Encompass Technologies, LTD | 2542 North Ridge Ave | Arlington Heights, IL 60004 | | |
| 14842834 | Euler Hermes UMA | 600 South 7th St | Louisville, KY 40201 | | |
| 14842835 | Filter Services Illinois | 2555 United Lane | Elk Grove Village, IL 60007 | | |
| 14842836 | Fluid Air Products | 7535   Plaza Ct | Willowbrook, IL 60527 | | |
| 14842837 | Ford Motor Credit | PO Box 542000 | Omaha, NE 68154 | | |
| 14842838 | Grainger | Dept. 865645873 | Palatine, IL 60038 | | |
| 14842839 | Home Depot Credit Services | Dept. 32 – 2003977950 | PO Box 6029 | The Lakes, NV 88901−6029 | |
| 14842840 | Illinois Department of Revenue | 9511 W. Harrison St. | Des Plaines, IL 60016 | | |
| 14842841 | Internal Revenue Service | Dept of Treasury | Cincinnati, OH 45999 | | |
| 14842843 | Johnstone Supply | 145 Lively Blvd | Elk Grove Village, IL 60007 | | |
| 14842842 | Johnstone Supply | 480 Industrial Drive | #116 | Naperville, IL 60563 | |
| 14842844 | Johnstone Supply | 6153 W. Mulford Street | Niles, IL 60714 | | |
| 14842846 | Liebert Corporation | 1050 Dearborn Drive | Columbus, OH 43085 | | |
| 14842845 | Liebert Corporation | P.O. Box 70474 | Chicago, IL 60673 | | |
| 14842847 | Loel Cardis, LLC | 2006 Swede Rd #100 | Norristown, PA 19401 | | |
| 14842848 | Marc Lichtman | 150 N Wacker Drive | Chicago, IL 60606 | | |
| 14842849 | McClean Thermal Pentair | Dept. CH 14197 | Palatine, IL 60055 | | |
| 14842850 | Messer &Stilp | 166 W. Washington | #300 | Chicago, IL 60602 | |
| 14842851 | Paul Okeefe P.C. | One East Wacker Drive #2520 | Chicago, IL 60601 | | |
| 14842853 | Pipefitters Local #597 | 45 N Ogden Ave | Chicago, IL 60607 | | |
| 14842852 | Pipefitters Local #597 | P.O. Box 94495 | Chicago, IL 60690 | | |
| 14842854 | Pro Consulting Services, Inc. | PO Box 66510 | Houston, TX 77266 | | |
| 14842855 | Pro Consulting Svcs, Inc. | PO box 66768 | Houston, TX 77266 | | |
| 14842856 | Receivables Control Corp. | 7373 Kirkwood Ct #200 | Minneapolis, MN 55440 | | |
| 14842858 | Sheet Metal Workers Local #265 | 205 Alexandra Way | Carol Stream, IL 60188 | | |
| 14842857 | Sheet Metal Workers Local #265 | P.O. Box 519 | West Chicago, IL 60186 | | |
| 14842859 | Sheet Metal Works | 455 E. Algonquin Road | Arlington Heights, IL 60005 | | |
| 14842860 | Solomon &Leadley | 320 E. Indian Trail #2 | Aurora, IL 60505 | | |
| 14842861 | Southside Control | 488 N. Milwaukee Ave. | Chicago, IL 60610 | | |
| 14842862 | Stein &Rotman | 105 W Madison Street, Ste 600 | Chicago, IL 60602 | | |
| 14842863 | Stein &Rotman | 105 W. Madison St. | Chicago, IL 60602 | | |
| 14842864 | Steiner Electric | 1250 Touhy Ave | Elk Grove Village, IL 60007 | | |
| 14842865 | Trane Co. (c/o Stein &Rotman) | 105 W. Madison St. | Chicago, IL 60602 | | |
| 14842866 | Transworld Systems | 1375 E Woodfield Rd #110 | Schaumburg, IL 60173 | | |
| 14842867 | W.L. Engler Distributing | 1035 N. Throop St. | Chicago, IL 60642 | | |
| 14842868 | West Suburban Bank | 711 S. Meyers Road | Lombard, IL 60148 | | |
| 14842869 | York International Corp. | P.O. Box 905578 | Charlotte, NC 28290 | | |
| 14842870 | Zonatherm | 251 Holbrook | Wheeling, IL 60090 | | |

TOTAL: 46