UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. |
| Compass Mechanical Services, Inc, ) | |
| ) | 09 B 47131 |
| ) | |
| Debtor. ) | |

### ORDER AND NOTICE OF STATUS HEARING ON THE CHAPTER 11 PETITION IN BANKRUPTCY

To: Forrest L Ingram, Forrest L. Ingram, P.C., 79 W. Monroe St. Ste. 900, Chicago, IL 60603

IT IS HEREBY ORDERED THAT the Court will hold a status hearing on the **chapter 11 petition** on **February 2, 2010, at 10:00 a.m.**, before the Honorable Eugene R. Wedoff, Everett McKinley Dirksen Building, 219 South Dearborn Street, Courtroom 744, Chicago, Illinois.

Please take further notice that your attendance is required at this hearing.

Dated: December 17, 2009

Eugene R. Wedoff
**Bankruptcy Judge**

cc: U.S. Trustee

### Certificate of Mailing

I hereby certify that on December 17, 2009, I caused to be served copies of the above Order and Notice of Status Hearing to the parties listed via the Court's Electronic Notification System upon the entry of this document on the Court's docket.

Lester Smith
Relief Courtroom Deputy