IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **COMPASS MECHANICAL SERVICES, INC.,** | ) | No. 09 B 47131 |
| | ) | |
| Debtor(s). | ) | |

## N O T I C E

TO:   Compass Mechanical Services, Inc., 165 Easy Street, Carol Stream, IL 60188
Mr. Forrest Ingram, via U.S. Bankruptcy Court's CM/ECF system
Mr. William Neary, via U.S. Bankruptcy Court's CM/ECF system
See Attached Service List

PLEASE TAKE NOTICE that on the 20th day of January, 2010, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **EUGENE R. WEDOFF**, Bankruptcy Judge, in Courtroom No. 744, or before such other Judge as may be sitting in her place and stead, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

      /s/   GINA B. KROL
GINA B. KROL
105 West Madison Street, Suite 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF C O O K   )

GINA B. KROL, duly sworn on oath, deposes and states that she placed a copy of the foregoing Notice together with a copy of the Application attached thereto in a properly addressed, stamped and sealed envelope, directed to the persons shown above, and deposited same in the U. S. Mails at Chicago, IL, and further that to those indicated above that have been served via electronic means, that said service has occurred on the 12th day of January, 2010

      /s/   GINA B. KROL

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-47131<br>Northern District of Illinois<br>Chicago<br>Tue Jan 12 14:01:29 CST 2010 | Board of Trustees of the Chicago Mechanical<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive<br>Suite 1313<br>Chicago, IL 60606-6601 | Board of Trustees of the Pipe Fitters Indivi<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive<br>Suite 1313<br>Chicago, IL 60606-6601 |
| Board of Trustees of the Pipe Fitters'<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive<br>Suite 1313<br>Chicago, IL 60606-6601 | Board of Trustees of the Pipe Fitting Counci<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr.<br>Suite 1313<br>Chicago, IL 60606-6601 | Compass Mechanical Services, Inc.<br>165 Easy Street<br>Carol Stream, IL 60188-2314 |
| Ford Motor Credit Company LLC<br>PO Box 6275<br>Dearborn, MI 48121-6275 | Pipe Fitters' Association, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive<br>Suite 1313<br>Chicago, IL 60606-6601 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Associated Equipment<br>1455 Brummel Ave<br>#100<br>Elk Grove Village, IL 60007-2110 | BTU Company<br>770 Pasquinelli Drive<br>#414<br>Westmont, IL 60559-1200 | Baum, Sigman, Auerbach<br>200 W. Adams St #2200<br>Chicago, IL 60606-5209 |
| Bornquist, Inc.<br>7050 Lehigh Ave.<br>Chicago, IL 60646-1298 | Cambridge Engineering<br>P.O. Box 419161<br>Creve Coeur, MO 63141-9161 | Department of Employment Security<br>33 S. State St, 10th Floor<br>Attn: Leviah Holt<br>Chicago, IL 60603-2803 |
| Encompass Technologies, LTD<br>2542 North Ridge Ave<br>Arlington Heights, IL 60004-2457 | Euler Hermes UMA<br>600 South 7th St<br>Louisville, KY 40203-1968 | Filter Services Illinois<br>2555 United Lane<br>Elk Grove Village, IL 60007-6820 |
| Fluid Air Products<br>7535<br>Plaza Ct<br>Willowbrook, IL 60527-5612 | Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 | Grainger<br>Dept. 865645873<br>Palatine, IL 60038-0001 |
| Home Depot Credit Services<br>Dept. 32 - 2003977950<br>PO Box 6029<br>The Lakes, NV 88901-6029 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit - 10th flr. | Illinois Department of Revenue<br>9511 W. Harrison St.<br>Des Plaines, IL 60016-1563 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Johnstone Supply<br>145 Lively Blvd<br>Elk Grove Village, IL 60007-1690 | Johnstone Supply<br>480 Industrial Drive<br>#116<br>Naperville, IL 60563-3903 |
| Johnstone Supply<br>6153 W. Mulford Street<br>Niles, IL 60714-3413 | Liebert Corporation<br>1050 Dearborn Drive<br>Columbus, OH 43085-4709 | Liebert Corporation<br>P.O. Box 70474<br>Chicago, IL 60673-0001 |

Loel Cardis, LLC
2006 Swede Rd #100
Norristown, PA 19401-1787

Marc Lichtman
150 N Wacker Drive
Chicago, IL 60606-1611

McClean Thermal Pentair
Dept. CH 14197
Palatine, IL 60055-0001

Messer & Stilp
166 W. Washington
#300
Chicago, IL 60602-2390

Paul Okeefe P.C.
One East Wacker Drive #2520
Chicago, IL 60601-2073

Pipe Fitters Association Local 597, 401(k) P
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Pipe Fitters' Association, Local Union
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Pipe Fitters' Retirement Fund, Local 59
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Pipe Fitters' Training Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Pipe Fitters' Welfare Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Pipe Fitting Council of Greater Chicago
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Pipefitters Local #597
45 N Ogden Ave
Chicago, IL 60607-1885

Pipefitters Local #597
P.O. Box 94495
Chicago, IL 60690-4495

Pro Consulting Services, Inc.
PO Box 66510
Houston, TX 77266-6510

Pro Consulting Svcs, Inc.
PO box 66768
Houston, TX 77266-6768

Receivables Control Corp.
7373 Kirkwood Ct #200
Minneapolis, MN 55440

Sheet Metal Workers Local #265
205 Alexandra Way
Carol Stream, IL 60188-2080

Sheet Metal Workers Local #265
P.O. Box 519
West Chicago, IL 60186-0519

Sheet Metal Works
455 E. Algonquin Road
Arlington Heights, IL 60005-4620

Solomon & Leadley
320 E. Indian Trail #2
Aurora, IL 60505-1787

Southside Control
488 N. Milwaukee Ave.
Chicago, IL 60654-3965

Stein & Rotman
105 W Madison Street, Ste 600
Chicago, IL 60602-4672

Stein & Rotman
105 W. Madison St.
Chicago, IL 60602-4602

Steiner Electric
1250 Touhy Ave
Elk Grove Village, IL 60007-4985

The Industry Improvement Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Trane Co. (c/o Stein & Rotman)
105 W. Madison St.
Chicago, IL 60602-4602

Transworld Systems
1375 E Woodfield Rd #110
Schaumburg, IL 60173-5423

W.L. Engler Distributing
1035 N. Throop St.
Chicago, IL 60642-4097

West Suburban Bank
711 S. Meyers Road
Lombard, IL 60148-3770

York International Corp.
P.O. Box 905578
Charlotte, NC 28290-5578

```
Zonatherm                        Forrest L Ingram                    William T Neary
251 Holbrook                     Forrest L. Ingram, P.C.             Office of the U.S. Trustee, Region 11
Wheeling, IL 60090-5826          79 W Monroe Street                  219 S Dearborn St
                                 Suite 900                           Room 873
                                 Chicago, IL 60603-4914              Chicago, IL 60604-1702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service
Dept of Treasury
Cincinnati, OH 45999
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Board of Trustees of the Pipe Fitters'    (d)Board of Trustees of the Pipe Fitters'    (d)Ford Motor Credit Company LLC
                                             c/o Johnson & Krol, LLC                      P O Box 6275
                                             300 S. Wacker Drive                          Dearborn, MI 48121-6275
                                             Suite 1313
                                             Chicago, IL 60606-6601

(d)Illinois Department of Employment Security    End of Label Matrix
33 South State Street                            Mailable recipients    62
Chicago, Illinois 60603-2808                     Bypassed recipients     4
Attn: Bankruptcy Unit -10th flr.                 Total                  66
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) Chapter 11 |
| | ) |
| COMPASS MECHANICAL SERVICES, INC., | ) 09-47131 |
| | ) |
| Debtor. | ) |

### MOTION OF WEST SUBURBAN BANK TO PROHIBIT CASH COLLATERAL AND TO MODIFY THE AUTOMATIC STAY

TO THE HONORABLE EUGENE R. WEDOFF
    BANKRUPTCY JUDGE

NOW COMES WEST SUBURBAN BANK, Secured Creditor herein, through its Attorneys, Gina B. Krol and Cohen & Krol, and respectfully represents unto this Honorable Court as follows:

1. That on December 14, 2009, the above-captioned Debtor filed its voluntary petition for reorganization pursuant to Chapter 11 of the United States Bankruptcy Code.

2. That since the filing of this case, the Debtor has continued to operate its business enterprise as a Debtor-in-Possession.

3. That prior to the Chapter 11 filing, the Debtor was indebted to West Suburban Bank on to loans, to wit: Loan #9300104115 in the amount of $100,430.56 and Loan # 9300157402 in the amount of $9,838.26.  Both loans are secured by a duly perfected blanket lien on all of the Debtor's assets including but not limited to machinery equipment, furniture, fixtures, cash and cash equivalents and accounts receivable.  A copy of the Bank's notes and security instruments are attached hereto.

4. That since the filing of this Chapter 11 proceeding, the Debtor has continued to use the cash collateral of the Bank without its consent and no order has been entered authorizing the Debtor's continued use of said cash collateral.

5. That pursuant to 11 U.S.C. §363(b)(2)(A) the Debtor is prohibited from using the Bank's cash collateral and pursuant to 11 U.S.C. §363(b)(4), the Debtor must segregate and account for any cash collateral in its possession and control.

6. That since the filing of this case, the Debtor continues to use certain machinery, equipment, furniture, fixtures and other non-cash assets which are the subject of the Bank's perfected security interests.

7. That the Debtor has not offered the Bank any adequate protection of its secured interest in that collateral and the Bank's secured lien depreciates daily.

8. That no equity exists in these assets for the benefit of the Estate.

9. That the Bank has not been given evidence of insurance on any of its collateral. Further, that as a result of the continuing diminution in value and lack of insurance, Bankruptcy Rule 4001(a)(3) should be waived to allow the Bank to immediately enforce this order through foreclosure, replevin and any and all other remedies available to it.

10. That pursuant to Bankruptcy Rule 1007, the Debtor should have filed its schedules and statement of financial affairs on or before December 28, 2009. To date, no schedules or statements have been filed.

WHEREFORE, WEST SUBURBAN BANK, Secured Creditor herein, prays for the

entry of an order:

    a)    prohibiting the Debtor's continued use of the West Suburban Bank's cash collateral; and

    b)    requiring the Debtor to segregate and account for any and all cash collateral collected by the Debtor since the filing of this case; and

    c)    modifying the automatic stay to allow West Suburban Bank to do all things necessary to foreclose, replevin and pursue any and all other remedies available to it to liquidate its interests in machinery, equipment, furniture, fixtures and other non-cash assets; and

    d)    modifying the provisions of Bankruptcy Rule 4001(a)(3) to allow the Bank to immediately enforce the terms of this order; and

    e)    for such other and further relief as this Court shall deem proper.

WEST SUBURBAN BANK

By:     /s/ Gina B. Krol
One of Its Attorneys

GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste. 1100
Chicago, IL 60602
312/368-0300