## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Inc., | ) | Case No.: 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |

Board of Trustees of the Pipe Fitters Retirement Fund, Local 597;
Board of Trustees of the Pipe Fitters Welfare Fund, Local 597;
Board of Trustees of the Pipe Fitters Training Fund, Local 597;
Board of Trustees of the Chicago Area Mechanical Contracting Industry Improvement Trust;
The Pipe Fitters' Association, Local 597 U.A.;

              Movants,

vs.

Compass Mechanical Services, Inc.
              Respondent.

### NOTICE OF MOTION

TO: Compass Mechanical Services, Inc., 165 Easy St., Carol Stream, IL 60188
    Mr. Forrest Ingram, via U.S Bankruptcy Court's CM/ECF System
    Mr. William Neary, via U.S Bankruptcy Court's CM/ECF System
    See Attached Service List

  PLEASE TAKE NOTICE that on January 26, 2010, at 9:30 p.m. or as soon therafter as counsel may be heard, I shall appear before the Honorable Eugene Wedoff Courtroom No. 744, or before such other judge as may be sitting in his stead, at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached **Motion to Prohibit Use of Cash Collateral or in the Alternative to Provide for Adequate Protection.**

                     **JOHNSON & KROL, LLC**

                     /s/ Jeffrey A. Krol – 6300262
                     One of Movants' Attorneys

Jeffrey A. Krol
**JOHNSON & KROL, LLC**
300 South Wacker Drive, Suite 1313
Chicago, Illinois 60606
312-372-8587

## CERTIFICATE OF SERVICE

      The undersigned certifies that on January 19, 2010, he served a copy of the above Notice of Motion and Motion to Prohibit Use of Cash Collateral or in the Alternative to Provide for Adequate Protection via e-mail to all parties by operation of the Court's electronic CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                              **JOHNSON & KROL, LLC**

                                              /s/ Jeffrey A. Krol – 6300262
                                              One of Movants' Attorneys

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-47131<br>Northern District of Illinois<br>Chicago<br>Tue Jan 19 11:11:26 CST 2010 | Board of Trustees of the Chicago Mechanical<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive<br>Suite 1313<br>Chicago, IL 60606-6601 | Board of Trustees of the Pipe Fitters Indivi<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive<br>Suite 1313<br>Chicago, IL 60606-6601 |
| Board of Trustees of the Pipe Fitters'<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive<br>Suite 1313<br>Chicago, IL 60606-6601 | Board of Trustees of the Pipe Fitting Counci<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Dr.<br>Suite 1313<br>Chicago, IL 60606-6601 | Compass Mechanical Services, Inc.<br>165 Easy Street<br>Carol Stream, IL 60188-2314 |
| Ford Motor Credit Company LLC<br>PO Box 6275<br>Dearborn, MI 48121-6275 | Pipe Fitters' Association, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive<br>Suite 1313<br>Chicago, IL 60606-6601 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Associated Equipment<br>1455 Brummel Ave<br>#100<br>Elk Grove Village, IL 60007-2110 | BTU Company<br>770 Pasquinelli Drive<br>#414<br>Westmont, IL 60559-1200 | Baum, Sigman, Auerbach<br>200 W. Adams St #2200<br>Chicago, IL 60606-5209 |
| Bornquist, Inc.<br>7050 Lehigh Ave.<br>Chicago, IL 60646-1298 | Cambridge Engineering<br>P.O. Box 419161<br>Creve Coeur, MO 63141-9161 | Department of Employment Security<br>33 S. State St, 10th Floor<br>Attn: Leviah Holt<br>Chicago, IL 60603-2803 |
| Encompass Technologies, LTD<br>2542 North Ridge Ave<br>Arlington Heights, IL 60004-2457 | Euler Hermes UMA<br>600 South 7th St<br>Louisville, KY 40203-1968 | Filter Services Illinois<br>2555 United Lane<br>Elk Grove Village, IL 60007-6820 |
| Fluid Air Products<br>7535<br>Plaza Ct<br>Willowbrook, IL 60527-5612 | Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 | Grainger<br>Dept. 865645873<br>Palatine, IL 60038-0001 |
| Home Depot Credit Services<br>Dept. 32 - 2003977950<br>PO Box 6029<br>The Lakes, NV 88901-6029 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit - 10th flr. | Illinois Department of Revenue<br>9511 W. Harrison St.<br>Des Plaines, IL 60016-1563 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Johnstone Supply<br>145 Lively Blvd<br>Elk Grove Village, IL 60007-1690 | Johnstone Supply<br>480 Industrial Drive<br>#116<br>Naperville, IL 60563-3903 |
| Johnstone Supply<br>6153 W. Mulford Street<br>Niles, IL 60714-3413 | Liebert Corporation<br>1050 Dearborn Drive<br>Columbus, OH 43085-4709 | Liebert Corporation<br>P.O. Box 70474<br>Chicago, IL 60673-0001 |

Loel Cardis, LLC
2006 Swede Rd #100
Norristown, PA 19401-1787

Marc Lichtman
150 N Wacker Drive
Chicago, IL 60606-1611

McClean Thermal Pentair
Dept. CH 14197
Palatine, IL 60055-0001

Messer & Stilp
166 W. Washington
#300
Chicago, IL 60602-2390

Paul Okeefe P.C.
One East Wacker Drive #2520
Chicago, IL 60601-2073

Pipe Fitters Association Local 597, 401(k) P
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Pipe Fitters' Association, Local Union
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Pipe Fitters' Retirement Fund, Local 59
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Pipe Fitters' Training Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Pipe Fitters' Welfare Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Pipe Fitting Council of Greater Chicago
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Pipefitters Local #597
45 N Ogden Ave
Chicago, IL 60607-1885

Pipefitters Local #597
P.O. Box 94495
Chicago, IL 60690-4495

Pro Consulting Services, Inc.
PO Box 66510
Houston, TX 77266-6510

Pro Consulting Svcs, Inc.
PO box 66768
Houston, TX 77266-6768

Receivables Control Corp.
7373 Kirkwood Ct #200
Minneapolis, MN 55440

Sheet Metal Workers Local #265
205 Alexandra Way
Carol Stream, IL 60188-2080

Sheet Metal Workers Local #265
P.O. Box 519
West Chicago, IL 60186-0519

Sheet Metal Works
455 E. Algonquin Road
Arlington Heights, IL 60005-4620

Solomon & Leadley
320 E. Indian Trail #2
Aurora, IL 60505-1787

Southside Control
488 N. Milwaukee Ave.
Chicago, IL 60654-3965

Southside Control Supply Co
Solomon & Leadley
320 E Indian Trail #2
Aurora, IL 60505-1787

Stein & Rotman
105 W Madison Street, Ste 600
Chicago, IL 60602-4672

Stein & Rotman
105 W. Madison St.
Chicago, IL 60602-4602

Steiner Electric
1250 Touhy Ave
Elk Grove Village, IL 60007-4985

The Industry Improvement Fund, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Trane Co. (c/o Stein & Rotman)
105 W. Madison St.
Chicago, IL 60602-4602

Transworld Systems
1375 E Woodfield Rd #110
Schaumburg, IL 60173-5423

W.L. Engler Distributing
1035 N. Throop St.
Chicago, IL 60642-4097

West Suburban Bank
711 S. Meyers Road
Lombard, IL 60148-3770

```
York International Corp.           Zonatherm                         Forrest L Ingram
P.O. Box 905578                    251 Holbrook                      Forrest L. Ingram, P.C.
Charlotte, NC 28290-5578           Wheeling, IL 60090-5826           79 W Monroe Street
                                                                     Suite 900
                                                                     Chicago, IL 60603-4914


William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Internal Revenue Service
Dept of Treasury
Cincinnati, OH 45999
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Board of Trustees of the Pipe Fitters'    (d)Board of Trustees of the Pipe Fitters'    (u)West Suburban Bank
                                             c/o Johnson & Krol, LLC
                                             300 S. Wacker Drive
                                             Suite 1313
                                             Chicago, IL 60606-6601


(d)Ford Motor Credit Company LLC             (d)Illinois Department of Employment Security    End of Label Matrix
P O Box 6275                                 33 South State Street                            Mailable recipients    63
Dearborn, MI 48121-6275                      Chicago, Illinois 60603-2808                     Bypassed recipients     5
                                             Attn: Bankruptcy Unit -10th flr.                 Total                  68
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Inc., | ) | Case No.: 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |

Board of Trustees of the Pipe Fitters Retirement Fund, Local 597;
Board of Trustees of the Pipe Fitters Welfare Fund, Local 597;
Board of Trustees of the Pipe Fitters Training Fund, Local 597;
Board of Trustees of the Chicago Area Mechanical Contracting Industry Improvement Trust;
The Pipe Fitters' Association, Local 597 U.A.;

                                        Movants,

vs.

Compass Mechanical Services, Inc.
                                        Respondent.

**MOTION TO PROHBIT THE USE OF CASH COLLATERAL
OR IN THE ALTERNATIVE TO PROVIDE FOR ADEQUATE PROTECTION**

NOW COMES the Board of Trustees of the Pipe Fitters Retirement Fund, Local 597, *et al*. ("Movants"), Secured Creditors herein, by and through their Attorneys, Johnson & Krol, LLC, pursuant to 11 U.S.C. § 363(e), and move this Court to Prohibit the Use of Cash Collateral or in the Alternative to Provide For Adequate Protection, and in support state as follows:

1. On December 14, 2009, Compass Mechanical Services, Inc. ("Debtor") filed its voluntary petition for reorganization pursuant to Chapter 11 of the United States Bankruptcy Code.

2. That since the filing of this case, the Debtor has continued to operate its business as a Debtor-in-Possession.

3. That prior to the Chapter 11 filing, the Debtor was indebted to the Movants for unpaid fringe benefit contributions pursuant to the Collective Bargaining Agreement, Trust Agreements

1

and a Settlement Agreement. (Copies of the Collective Bargaining Agreement and Settlement Agreement are attached as Exhibit 1 and 2, respectively).

4. As of December 14, 2009, Debtor owed the Movants a total of $169,401.32 in known contributions, audit payments, audit fees, interest, liquidated damages, settlement payments, 401(k) liquidated damages and 401(k) interest. (A copy of the current account receivable is attached as Exhibit 3).

5. Further amounts are owed for the period of December 1 through December 14, 2009; however, the Debtor has yet to provide the Movants with contribution reports so that the total amount can be determined.

6. The debt owed by Debtor to Movants is partially secured in the amount of $60,687.15. (Copies of the Security Agreement and UCC-1 Financing Statement are attached as Exhibits 4 and 5, respectively).

7. The debt owed by Debtor to Movants is secured by Debtor's machinery, equipment, tangible property, inventory and accounts receivable. (*See* Exhibit 4).

8. Assuming this Court finds that West Suburban Bank is a secured creditor of the Debtor and that it properly perfected its security interest, the Movants are entitled to second priority in Debtor's collateral, including the cash collateral.

9. Since the filing of this Chapter 11 proceeding, the Debtor has continued to use the cash collateral of the Movants without their consent and no order has been entered authorizing the Debtor's continued use of said cash collateral.

10. Pursuant to 11 U.S.C. § 363(b)(2)(A), the Debtor is prohibited from using the Movants' cash collateral, including its interest in pre-petition accounts receivable, and pursuant to 11

U.S.C. §363(b)(4), the Debtor must segregate and account for any cash collateral in its possession and control.

11. Since the filing of this case, the Debtor continues to use certain machinery, equipment, furniture, fixtures and other non-cash assets which are the subject of the Movants' perfected security interests.

12. The Debtor has not offered the Movants any adequate protection of its secured interest in that collateral and the Movants' secured lien depreciates daily, i.e. through continued use of the equipment, machinery and other tangible goods and the use of pre-petition accounts receivables to continue the operation of the company.

13. The Movants have not been given evidence of insurance on any of its collateral, nor have they been offered a security interest in any post-petition accounts receivables.

14. Unless the court prohibits the use of cash collateral by Debtor or conditions its use upon providing Movant adequate protection, Movant will suffer irreparable damage due to the loss in value of its collateral as it is turned into cash collateral and dissipated.

15. Furthermore, the depreciating nature of the machinery, equipment and other tangible goods makes the Movants inadequately protected and, thus, pursuant to 11 U.S.C. § 361(1), should be entitled to cash payments for the continued use of the tangible property.

**WHEREFORE**, the Movants respectfully request that this Court enter an Order as follows:

   A. That the Debtor be Ordered to end its use of cash collateral;

   B. In the alterative, that the Debtor be required to provide Movant with adequate protection for use of the Cash Collateral, including the granting of a post-petition

3

      security interest in the amount of $60,687.15 in the account receivables generated by the Debtor post-petition; and

C.    That the Debtor be Ordered to make cash payments to the Movants, pursuant to 11 U.S.C. § 361(1), in order to provide adequate protection so as to protect the Movants' interest in Debtor's machinery, equipment and other tangible goods; and,

D.    That the Debtor be Order to turnover the Contribution Report for the month of December 2009 so as to provide the Movants' with adequate information to complete Proofs of Claims in this matter.

                              Respectfully submitted,

                              **JOHNSON & KROL, LLC**

                              /s/ Jeffrey A. Krol – 6300262
                              One of Movants' Attorneys

Jeffrey A. Krol
**JOHNSON & KROL, LLC**
300 South Wacker Drive, Suite 1313
Chicago, Illinois 60606
312-372-8587