## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement"), by and between COMPASS MECHANICAL SERVICES ("COMPASS"), and RAUL ROMERO ("ROMERO") personally; and the Pipe Fitters' Welfare Fund, Local 597, the Pipe Fitters' Retirement Fund, Local 597, the Pipe Fitters' Training Fund, Local 597, and the Industry Improvement Fund, Local 597 ("Trust Funds") and Pipe Fitters Association, Local 597 U.A ("Union") is hereby entered into this 28th day of November, 2007.

WHEREAS, COMPASS is signatory to a Collective Bargaining Agreement with the Pipe Fitters Local No. 597 U.A.;

WHEREAS, pursuant to the Collective Bargaining Agreement to which COMPASS is bound, it incurred liability for contributions/Union dues liquidated damages, interest and attorney's fees to the Trust Funds; and

WHEREAS, COMPASS has failed to meet its obligation to pay contributions/Union dues in a timely manner resulting in outstanding post-petition contributions, liquidated damages, interest and attorney's fees from November 2006 through October 2007 in the amount of $60,687.15 as shown on the attached Exhibit 1.

IT IS HEREBY AGREED AS FOLLOWS:

1. COMPASS owes the TRUST FUNDS the principal balance of $60,687.15 and COMPASS shall pay off this principal balance over a nine (9) month period at 7.5% interest pursuant to the amortization schedule attached hereto as Exhibit 2. COMPASS shall make the nine (9) monthly installments in the amounts and on the dates shown in Exhibits 2.

3. The installment payments called for in this Agreement shall be made payable to the Pipe Fitters Welfare Fund, Local 597 and shall be mailed to the Trust Funds and Union at the following address:

    Attn: Greg Watson
    c/o Pipe Fitters Welfare Fund, Local 597
    45 North Ogden Avenue
    Chicago, IL 60607

4. Any monthly payment not received by the due date shown on Exhibit 2 shall constitute a default of this Agreement.

5. COMPASS shall submit contribution reports and payments for the periods subsequent to November, 2007 in a timely manner. Failure by COMPASS to submit contribution reports and payments in a timely manner shall constitute a

1

**EXHIBIT 2**

default on this Agreement.

6. In the event COMPASS defaults on any of its obligations under the terms of this Settlement Agreement: 1) all remaining payments will be accelerated and become immediately payable; 2) COMPASS and ROMERO hereby confess judgment for any and all unpaid amounts; 3) an additional liquidated damages charge of 10% of all unpaid amounts shall become due and payable by COMPASS and ROMERO, and 4) in the event the TRUST FUNDS are required to engage an attorney to collect any amounts due under this Agreement, COMPASS and ROMERO shall be liable for all their reasonable attorney's fees and costs.

7. **TIMELY PAYMENT INCENTIVE.** The TRUST FUNDS shall waive the last monthly payments due under paragraph 1 above if COMPASS complies with all of the following:

    a) COMPASS makes the first eight (8) monthly payments required under paragraph 1 by the due date; and

    b) COMPASSS submits its contribution reports and payments for the period November 2007 through August 2007 by the due dates.

8. ROMERO shall be individually liable for all of the obligations of COMPASS under the terms of this Agreement.

9. Should the TRUST FUNDS and/or UNION choose to waive the lateness of any payment(s) called for in this Agreement, such waiver shall only be effective to the specified lateness actually waived and shall not act as a waiver to any subsequent payments.

10. The contribution reports submitted to the TRUST FUNDS have not been verified by a TRUST FUNDS audit. If an audit should be conducted and a reporting deficiency or discrepancy is discovered for any contribution period, the parties agree that said discrepancy and/or deficiency shall be a separate and distinct claim from the claims settled in this Agreement.

11. That the recitals shall be considered a part of this Agreement.

12. That this Agreement shall be executed in counterparts and each one shall be deemed an original.

13. That this Agreement shall terminate upon the receipt of the last payment called for in this Agreement.

14. This Agreement shall be construed in accordance with Illinois law without regard

2

to choice of laws except as preempted by applicable federal law.

15. The payments and obligations of COMPASS and ROMERO called for in this Agreement are secured by the Security Agreement attached hereto as Exhibit 3.

The parties have executed this Agreement on the dates set forth below:

PIPE FITTERS' TRUST FUNDS,
LOCAL 597

By: Gregory J. Watson

DATE: 12/12/07

PIPE FITTERS, LOCAL 597 U.A.

By: Gregory J. Watson

DATE: 12/12/07

COMPASS MECHANICAL SERVICES

By: Mr. Raul Romero

DATE: 12/6/07

RAUL ROMERO

By: Mr. Raul Romero,
Individually

DATE: 12/6/07

3

11/28/2007 4:55:53 PM  Page 1

## COMPASS MECHANICAL SERVICES

Compound Period: Monthly

Nominal Annual Rate: 7.500 %

CASH FLOW DATA

|   | Event   | Date       | Amount    | Number | Period  | End Date   |
|---|---------|------------|-----------|--------|---------|------------|
| 1 | Loan    | 11/28/2007 | 60,687.15 | 1      |         |            |
| 2 | Payment | 01/01/2008 | 7,441.01  | 8      | Monthly | 08/01/2008 |
| 3 | Payment | 09/01/2008 | 3,000.00  | 1      |         |            |

AMORTIZATION SCHEDULE - Normal Amortization

|   | Date | Payment | Interest | Principal | Balance |
|---|------|---------|----------|-----------|---------|
| Loan | 11/28/2007 |  |  |  | 60,687.15 |
| 2007 Totals |  | 0.00 | 0.00 | 0.00 | |
| 1 | 01/01/2008 | 7,441.01 | 416.94 | 7,024.07 | 53,663.08 |
| 2 | 02/01/2008 | 7,441.01 | 335.39 | 7,105.62 | 46,557.46 |
| 3 | 03/01/2008 | 7,441.01 | 290.98 | 7,150.03 | 39,407.43 |
| 4 | 04/01/2008 | 7,441.01 | 246.30 | 7,194.71 | 32,212.72 |
| 5 | 05/01/2008 | 7,441.01 | 201.33 | 7,239.68 | 24,973.04 |
| 6 | 06/01/2008 | 7,441.01 | 156.08 | 7,284.93 | 17,688.11 |
| 7 | 07/01/2008 | 7,441.01 | 110.55 | 7,330.46 | 10,357.65 |
| 8 | 08/01/2008 | 7,441.01 | 64.74  | 7,376.27 | 2,981.38 |
| 9 | 09/01/2008 | 3,000.00 | 18.62  | 2,981.38 | 0.00 |
| 2008 Totals |  | 62,528.08 | 1,840.93 | 60,687.15 | |
| Grand Totals |  | 62,528.08 | 1,840.93 | 60,687.15 | |

EXHIBIT 2.

## SECURITY AGREEMENT

COMPASS MECHANICAL SERVICES and RAUL ROMERO an individual ("Debtors") hereby grants to The Pipe Fitters' Welfare Fund, Local 597, The Pipe Fitters' Retirement Fund, Local 597, The Pipe Fitters' Training Fund, Local 597, The Industry Improvement Fund, Local 597, and The Pipe Fitters Association, Local 597 U.A. ("Secured Parties") a security interest in the following property ("Collateral"):

1. All machinery, equipment and tangible personal property of every type or description whether now owned or hereafter acquired and including without limitation all machinery used by Debtor to perform construction services, workbenches, automotive equipment, office furniture, and equipment, bookkeeping machines, typewriters, computers, adding machines, safes, desks, chairs, and tables;
2. All Debtor's inventory; and
3. All of the Debtor's Accounts Receivable now outstanding and all of its Accounts Receivable which may hereafter come into existence during the term of this agreement.

to secure payment and performance of any and all of the following Obligations:

1. Payment of the principal balance of $60,687.15 which is to be paid pursuant to the terms set forth in the Settlement Agreement entered into on November ___, 2007;
2. The submission of monthly Contribution Reports and monthly regular contribution payments in a timely manner throughout the duration of the Agreement.

Default in payment or performance of any of the Obligations or default under the Settlement Agreement or any other agreement not specifically mentioned herein constitutes a default under this Agreement. Upon such default, Secured Parties may declare all Obligations immediately due and payable and shall have remedies of a secured party under the Uniform Commercial Code.

The parties have executed this Agreement on the dates set forth below:

PIPE FITTERS TRUST FUNDS,        COMPASS MECHANICAL SERVICES
LOCAL 597                        and
                                 RAUL ROMERO

_____        Raul Romero - President
Mr. Gregory J. Watson            Mr. Raul Romero, as President
                                 And Individually

Dated: 12/12/07                  Dated: 12/6/07

EXHIBIT 3