```
RUN DATE  1/05/2010                    PIPE FITTERS'S FRINGE BENEFIT FUNDS              PAGE
RUN TIME  11:14:28                     ACCOUNTS RECEIVABLE HISTORY REPORT               HR0
                         TOTAL PAGE                                       OPEN ITEMS
                                                                          AS OF 1/05/2010

15410/99900
COMPASS MECHANICAL SERVICES
3410 MAJESTIC OAKS LANE
ST CHARLES  IL  60174

                ---TOTAL---  --WELFARE--  --PENSION--  -TRAINING-  -EDUCATION-  ---DUES---  --DEF CONT--  ---LMCC----

REGULAR .....
  AUDITS......    30,698.10    13,410.18    13,317.63     2,000.05      475.75      557.34      892.50       44.65
  AUDIT FEES..     2,512.65     2,512.65          .00          .00         .00         .00         .00          .00
  INTEREST....     7,414.93     3,118.80     3,337.75       514.76      116.79         .00      312.32       14.31
  LEGAL COSTS.          .00          .00          .00          .00         .00         .00         .00          .00
  LATE CHARGES    12,402.93     5,046.56     5,623.41       872.86      191.08         .00      644.55       24.47
  REFERRAL HALL         .00          .00          .00          .00         .00         .00         .00          .00
  CONTRIBUTIONS   90,743.86    34,607.88    40,396.46     6,466.09    1,349.23    1,736.67    5,977.00      210.53
  SETTLEMENTS     25,501.59    12,972.02    10,335.57     1,408.08      389.49      396.43         .00          .00
  OPEN CASH...      789.72-         .00          .00          .00         .00         .00         .00          .00
  FINAL TOTALS.  168,484.34    71,668.09    73,010.82    11,261.84    2,522.34    2,690.44    7,826.37      294.16

                ---AUDITS---  -AUDIT FEES-  --INTEREST--  -LEGAL COSTS-  -LATE CHARGE-  CONTRIBUTIONS  REFERRAL HALL  SETTLEMENTS

  CURRENT....           .00           .00           .00           .00           .00       4,555.74           .00           .00
  OVER 30....           .00           .00           .00           .00           .00           .00           .00           .00
  OVER 45....           .00           .00           .00           .00           .00       6,872.53           .00           .00
  OVER 60....           .00           .00           .00           .00           .00      79,315.59           .00      25,501.59
  TOTAL AGING  30,698.10     2,512.65     7,414.93           .00     12,402.93      90,743.86           .00      25,501.59

                COUNT    2

401K ........
  AUDITS......           .00           .00           .00           .00           .00           .00           .00           .00
  AUDIT FEES..        132.41           .00           .00           .00           .00           .00           .00           .00
  INTEREST....           .00           .00           .00           .00           .00           .00           .00           .00
  LEGAL COSTS.           .00           .00           .00           .00           .00           .00           .00           .00
  LATE CHARGES       784.57           .00           .00           .00           .00           .00           .00           .00
  REFERRAL HALL          .00           .00           .00           .00           .00           .00           .00           .00
  CONTRIBUTIONS          .00           .00           .00           .00           .00           .00           .00           .00
  SETTLEMENTS            .00           .00           .00           .00           .00           .00           .00           .00
  OPEN CASH...           .00           .00           .00           .00           .00           .00           .00           .00
  FINAL TOTALS.      916.98           .00           .00           .00           .00           .00           .00           .00

                --AUDITS--  -AUDIT FEES-  --INTEREST--  -LEGAL COSTS-  -LATE CHARGE-  CONTRIBUTIONS  REFERRAL HALL  SETTLEMENTS

  CURRENT....           .00           .00           .00           .00           .00           .00           .00           .00
  OVER 30....           .00           .00           .00           .00           .00           .00           .00           .00
  OVER 45....           .00        132.41           .00           .00           .00           .00           .00           .00
  OVER 60....           .00           .00           .00           .00         784.57           .00           .00           .00
  TOTAL AGING.          .00        132.41           .00           .00         784.57           .00           .00           .00

                COUNT    1
```

**EXHIBIT 3**