# SECURITY AGREEMENT

COMPASS MECHANICAL SERVICES and RAUL ROMERO an individual ("Debtors") hereby grants to The Pipe Fitters' Welfare Fund, Local 597, The Pipe Fitters' Retirement Fund, Local 597, The Pipe Fitters' Training Fund, Local 597, The Industry Improvement Fund, Local 597, and The Pipe Fitters Association, Local 597 U.A. ("Secured Parties") a security interest in the following property ("Collateral"):

1. All machinery, equipment and tangible personal property of every type or description whether now owned or hereafter acquired and including without limitation all machinery used by Debtor to perform construction services, workbenches, automotive equipment, office furniture, and equipment, bookkeeping machines, typewriters, computers, adding machines, safes, desks, chairs, and tables;
2. All Debtor's inventory; and
3. All of the Debtor's Accounts Receivable now outstanding and all of its Accounts Receivable which may hereafter come into existence during the term of this agreement.

to secure payment and performance of any and all of the following Obligations:

1. Payment of the principal balance of $60,687.15 which is to be paid pursuant to the terms set forth in the Settlement Agreement entered into on November ___, 2007;
2. The submission of monthly Contribution Reports and monthly regular contribution payments in a timely manner throughout the duration of the Agreement.

Default in payment or performance of any of the Obligations or default under the Settlement Agreement or any other agreement not specifically mentioned herein constitutes a default under this Agreement. Upon such default, Secured Parties may declare all Obligations immediately due and payable and shall have remedies of a secured party under the Uniform Commercial Code.

The parties have executed this Agreement on the dates set forth below:

PIPE FITTERS TRUST FUNDS,   COMPASS MECHANICAL SERVICES
LOCAL 597                    and
                             RAUL ROMERO

_____    Raul Romero - President
Mr. Gregory J. Watson        Mr. Raul Romero, as President
                             And Individually

Dated: 12/18/07              Dated: 12/6/07

**EXHIBIT 4**