RECEIVED

IL SECRETARY OF STATE

UNIFORM COMMERCIAL CODE

12/12/07     14:17

$20.00    Electronic

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

12770626                                FS

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| WILLIAM P. CALLINAN                    312-372-8587 |

| B. SEND ACKNOWLEDGMENT TO:  (Name and Address) |
|---|
| Johnson & Krol, LLC |
| 208 S. LASALLE SUITE 1602 |
| CHICAGO , IL, 60604 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| COMPASS MECHANICAL SERVICES, INC. |  |  |  |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|  |  |  |  |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 391 WEGNER DRIVE UNIT B | WEST CHICAGO | IL | 60185 | USA |

| 1d. SEE INSRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATION ID #, if any |  |
|---|---|---|---|---|---|
|  |  | CORPORATION | ILLINOIS | FILE NO. | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME  - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
|  |  |  |  |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| ROMERO | RAUL |  |  |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3410 MAJESTIC OAKS DRIVE | ST. CHARLES | IL | 60174 | USA |

| 2d. SEE INSRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATION ID #, if any |  |
|---|---|---|---|---|---|
|  |  |  |  |  | ☐ NONE |

3. SECURED PARTY'S NAME  (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| THE PIPE FITTERS' WELFARE FUND, LOCAL 597 |  |  |  |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|  |  |  |  |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 45 NORTH OGDEN AVENUE | CHICAGO | IL | 60607 | USA |

4. This FINANCING STATEMENT covers the following collateral:

1. All machinery, equipment and tangible personal property of every type or description whether now owned or hereafter acquired and including without limitation all machinery used by Debtor to perform construction services, workbenches, automotive equipment, office furniture, and equipment, bookkeeping machines, typewriters, computers, adding machines, safes, desks, chairs, and tables;

2. All Debtor inventory; and

3. All of the Debtor Accounts Receivable now outstanding and all of its Accounts Receivable which may hereafter come into existence during the term of this agreement.

To secure payment and performance of any and all of the following Obligations:

1. Payment of the principal balance of $60,687.15 which is to be paid pursuant to the terms set forth in the Settlement Agreement entered into on December 6,

| 5. ALTERNATIVE DESIGNATION [if applicable]  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING |
|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [if applicable] [ADDITIONAL FEE] [optional]  ☐ ALL DEBTORS  ☐ DEBTOR 1  ☐ DEBTOR 2 |
|---|---|

8.  OPTIONAL FILER REFERENCE DATA

COMPASS MECHANICAL SERVICES, INC. AND RAUL ROMERO

FILING OFFICE COPY - UCC FINANCING STATEMENT (FORM UCC1)  (REV. 05/22/02)

EXHIBIT
5

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

RECEIVED

IL SECRETARY OF STATE

UNIFORM COMMERCIAL CODE

12/12/07    14:17

$20.00    Electronic

**12770626**    FS

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME |
|---|
| COMPASS MECHANICAL SERVICES, INC. |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> debtor name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME |
|---|
| |

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. <u>SEE INSRUCTIONS</u> | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATION ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12.** ☑ ADDITIONAL SECURED PARTY'S <u>or</u> ☐ ASSIGNOR S/P'S NAME - insert only <u>one</u> secured party name (12a or 12b)

| 12a. ORGANIZATION'S NAME |
|---|
| THE PIPE FITTERS' RETIREMENT FUND, LOCAL 597 |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 45 NORTH OGDEN AVENUE | CHICAGO | IL | 60607 | USA |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filled as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

2007;

2. The submission of monthly Contribution Reports and monthly regular contribution payments in a timely manner throughout the duration of the Agreement.

**17.** Check <u>only</u> if applicable and check <u>only</u> one box.

Debtor is a ☐ Trust, or ☐ Trustee acting with respect to property help in trust, or ☐ Decedent's Estate

**18.** Check <u>only</u> if applicable and check <u>only</u> one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years

☐ Filed in connection with a Public-Finance Transaction - effective 30 years

**FILING OFFICE COPY -** UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| **19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT** | RECEIVED |
| 19a. ORGANIZATION'S NAME<br>COMPASS MECHANICAL SERVICES, INC. | IL SECRETARY OF STATE<br>UNIFORM COMMERCIAL CODE |
| 19b. INDIVIDUAL'S LAST NAME    FIRST NAME    MIDDLE NAME,SUFFIX | 12/12/07    14:17<br>$20.00    Electronic |

**20. MISCELLANEOUS**

**12770626**                                FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**21. DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> debtor name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |
| 21d. **SEE INSRUCTIONS**  ADD'L INFO RE ORGANIZATION DEBTOR  21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATION ID #, if any | ☐ NONE |

**22. DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> debtor name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |
| 22d. **SEE INSRUCTIONS**  ADD'L INFO RE ORGANIZATION DEBTOR  22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATION ID #, if any | ☐ NONE |

**23. DEBTOR'S EXACT FULL LEGAL NAME** - insert only <u>one</u> debtor name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |
| 23d. **SEE INSRUCTIONS**  ADD'L INFO RE ORGANIZATION DEBTOR  23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATION ID #, if any | ☐ NONE |

**24. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only <u>one</u> secured party name (24a or 24b)

| 24a. ORGANIZATION'S NAME<br>THE PIPE FITTERS' TRAINING FUND, LOCAL 597 | | | |
|---|---|---|---|
| OR 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 24c. MAILING ADDRESS<br>45 NORTH OGDEN AVENUE | CITY<br>CHICAGO | STATE  POSTAL CODE<br>IL    60607 | COUNTRY<br>USA |

**25. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only <u>one</u> secured party name (25a or 25b)

| 25a. ORGANIZATION'S NAME<br>THE INDUSTRY IMPROVEMENT FUND, LOCAL 597 | | | |
|---|---|---|---|
| OR 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 25c. MAILING ADDRESS<br>45 NORTH OGDEN AVENUE | CITY<br>CHICAGO | STATE  POSTAL CODE<br>IL    60607 | COUNTRY<br>USA |

**FILING OFFICE COPY** - UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

RECEIVED

IL SECRETARY OF STATE

UNIFORM COMMERCIAL CODE

12/12/07    14:17

$20.00    Electronic

**12770626**                    FS

### 19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 19a. ORGANIZATION'S NAME |||
|---|---|---|
| COMPASS MECHANICAL SERVICES, INC. |||
| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

### 20. MISCELLANEOUS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

### 26. DEBTOR'S EXACT FULL LEGAL NAME  - insert only one debtor name (26a or 26b) - do not abbreviate or combine names

|  | 26a. ORGANIZATION'S NAME |||
|---|---|---|---|
| OR | 26b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 26c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 26d. SEE INSRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 26e. TYPE OF ORGANIZATION | 26f. JURISDICTION OF ORGANIZATION | 26g. ORGANIZATION ID #, if any ☐ NONE |

### 27. DEBTOR'S EXACT FULL LEGAL NAME  - insert only one debtor name (27a or 27b) - do not abbreviate or combine names

|  | 27a. ORGANIZATION'S NAME |||
|---|---|---|---|
| OR | 27b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 27c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 27d. SEE INSRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 27e. TYPE OF ORGANIZATION | 27f. JURISDICTION OF ORGANIZATION | 27g. ORGANIZATION ID #, if any ☐ NONE |

### 28. DEBTOR'S EXACT FULL LEGAL NAME  - insert only one debtor name (28a or 28b) - do not abbreviate or combine names

|  | 28a. ORGANIZATION'S NAME |||
|---|---|---|---|
| OR | 28b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 28c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 28d. SEE INSRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 28e. TYPE OF ORGANIZATION | 28f. JURISDICTION OF ORGANIZATION | 28g. ORGANIZATION ID #, if any ☐ NONE |

### 29. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (29a or 29b)

|  | 29a. ORGANIZATION'S NAME |||
|---|---|---|---|
| | PIPE FITTERS ASSOCIATION, LOCAL 597 U.A. |||
| OR | 29b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 29c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 45 NORTH OGDEN AVENUE | CHICAGO | IL | 60607 | USA |

### 30. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (30a or 30b)

|  | 30a. ORGANIZATION'S NAME |||
|---|---|---|---|
| OR | 30b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | 30c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**FILING OFFICE COPY** - UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)