IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | CHAPTER 11 |
| COMPASS MECHANICAL SERVICES. | NO. 09 B 47131 |
| Debtor. | JUDGE EUGENE R. WEDOFF |

## NOTICE OF MOTION

TO:

Compass Mechanical Services, Inc.          Forrest L. Ingram
165 Easy Street                             via electronic notification
Carol Stream, IL 60188
via mail                                    William T. Neary
                                            via electronic notification
See attached service list
via mail

PLEASE TAKE NOTICE that on February 10, 2010 at 9:30 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff Bankruptcy Judge, at *219 South Dearborn Street, Chicago, Illinois, Courtroom 744* and then and there present the attached Motion to Modify the Automatic Stay, a copy of which is hereby served upon you.

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay attached, upon the Debtor(s), all parties are served as listed above, by mailing same in a properly addressed envelope, postage prepaid, from 120 South LaSalle Street, Chicago, Illinois 60603. And that the Debtor's attorney, as listed above, as well as the case Trustee, as listed above, were both served via electronic notification that occurs automatically upon the filing of said Motion to Modify the Automatic Stay. That the motion was filed, and the placement of any mailed copies being placed in the mail occurred before the hour of 5:00 P.M. on the 22nd day of January 2010.

BY: /s/ Christopher H. Purcell
CHRISTOPHER H. PURCELL
SHERMAN & SHERMAN

CHRISTOPHER H. PURCELL
SHERMAN & SHERMAN
120 South La Salle Street
Chicago, Illinois 60603
Atty. for FORD MOTOR CREDIT COMPANY LLC

| | |
|---|---|
| Associated Equipment<br>1455 Brummel Avenue<br>#100<br>Elk Grove Village, IL 60007 | BTU Company<br>770 Pasquinelli Drive<br>#414<br>Westmont, IL 60559 |
| Department of Employment Security<br>33 S. State Street, 10th Floor<br>Attn: Leviah Holt<br>Chicago, IL 60603 | Grainger<br>Dept. 865645873<br>Palatine, IL 60038 |
| Illinois Department of Revenue<br>9511 W. Harrison Street<br>Des Plaines IL 60016 | Internal Revenue Services<br>Dept of Treasury<br>Cincinnati, OH 45999 |
| Johnstone Supply<br>480 Industrial Drive<br>#116<br>Naperville, IL 60563 | Johnstone Supply<br>145 Lively Blvd.<br>Elk Grove Village, IL 60007 |
| Liebert Corporation<br>P.O. Box 70474<br>Chicago, IL 60673 | Pipefitters Local #597<br>P.O. Box 94495<br>Chicago, IL 60690 |
| Sheet Metal Workers Local<br>#265<br>P.O. Box 519<br>West Chicago, IL 60186 | Sheet Metal Works<br>455 E. Algonquin Road<br>Arlington Heights, IL 60005 |
| Southside Control<br>488 N. Milwaukee Avenue<br>Chicago, IL 60610 | Trane Co(C/O Stein & Rotman)<br>105 W. Madison Street<br>Chicago, IL 60602 |
| W.L. Engler Distributing<br>1035 N. Throop St.<br>Chicago, IL 60642 | West Suburban Bank<br>711 S. Meyers Road<br>Lombard, IL 60148 |
| York International Corp<br>P.O. Box 905578<br>Charlotte, NC 28290 | Forrest L. Ingram<br>Forrest L. Ingram, P.C.<br>79 W. Monroe Street<br>Suite 900<br>Chicago, IL 60603 |
| William T. Neary<br>Office of the Trustee, Region 11<br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL 60604 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | CHAPTER 11 |
| COMPASS MECHANICAL SERVICES, | NO. 09 B 47131 |
| Debtor. | JUDGE EUGENE R. WEDOFF |

## MOTION TO MODIFY AUTOMATIC STAY

Now comes FORD MOTOR CREDIT COMPANY LLC, a creditor herein, by SHERMAN & SHERMAN, its attorneys, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. That on December 14, 2009 the Debtor herein filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2. That FORD MOTOR CREDIT COMPANY LLC is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2002 Ford F150 motor vehicle. That the current total outstanding balance due to FORD MOTOR CREDIT COMPANY LLC is $3,451.12.

3. That the Debtor has not offered, and FORD MOTOR CREDIT COMPANY LLC is not receiving, adequate protection for its secured interest or depreciating value.

4. That there is no equity for the bankruptcy estate in the aforesaid motor vehicle, and the said motor vehicle is not necessary to an effective reorganization.

5. That FORD MOTOR CREDIT COMPANY LLC will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and foreclosing its security interest therein.

6. That your Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

7. The account is past due for payment, which came due in December 2009, and for payments, which came due each month thereafter.

8. The debtor has failed to provide evidence of insurance on the vehicle.

WHEREFORE, FORD MOTOR CREDIT COMPANY LLC prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said FORD MOTOR CREDIT COMPANY LLC to take possession of and foreclose its security interest in a certain, 2002 Ford F150 V.I.N. No. 3FTRF17212MA15139 and for such other and further relief as this Court may deem just.

FORD MOTOR CREDIT COMPANY LLC

BY: ____/s/ Christopher H. Purcell____
CHRISTOPHER H. PURCELL,
One of its Attorneys

CHRISTOPHER H. PURCELL
SHERMAN & SHERMAN
120 South La Salle Street
Chicago, Illinois 60603
Phone: (312) 372-1487
Atty. for FORD MOTOR CREDIT COMPANY LLC