United States Bankruptcy Court
Northern District of Illinois

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 12/14/2009 at 1:42 PM and filed on 12/14/2009.

**Compass Mechanical Services, Inc.**
165 Easy Street
Carol Stream, IL 60188
Tax ID / EIN: 36-4349230

The case was filed by the debtor's attorney:

**Forrest L Ingram**
Forrest L. Ingram, P.C.
79 W Monroe Street
Suite 900
Chicago, IL 60603
312 759-2838

The case was assigned case number 09-47131.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ilnb.uscourts.gov/ or at the Clerk's Office, Eastern Division, 219 S Dearborn, 7th Floor, Chicago, IL 60604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kenneth S. Gardner
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2009 13:44:47 | | | |
| PACER Login: | fi0073 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 09-47131 |
| Billable Pages: | 1 | Cost: | 0.08 |

https://ecf.ilnb.uscourts.gov/cgi-bin/NoticeOfFiling.pl?995389        12/14/2009