# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Board of Trustees of the Pipe Fitters Retirement
Fund, Local 597, et al.

                  Plaintiff,

v.                         Case No.: 1:09−cv−05080

                  Honorable James B. Zagel

Compass Mechanical Services, Inc., et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 28, 2010:

    MINUTE entry before Honorable James B. Zagel:Motion hearing held on 1/28/2010 regarding motion for leave to file an amended complaint [16]. Motion is entered and continued generally. Leave is given to file an appearance. Current status hearing date to stand. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.