# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Ltd. | ) | Case No. 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: 2/9/2010 at 9:30 am |

## ORDER

This matter coming to be heard on the Debtor's Motion for Sanctions pursuant to 11 U.S.C. § 362 against Board of Trustees of the Pipe Fitters Retirement Fund, Local 597, Board of Trustees of the Pipe Fitting Council of Greater Chicago, Board of Trustees of the Pipe Fitters' Individual Account and 401(K) Plan, The Pipe Fitters' Association, Local 597 U.A., Board of Trustees of the Pipe Fitters Training Fund, Local 597 and Board of Trustees of the Pipe Fitters Welfare Fund, Local 597 for a willful violation of the automatic stay.  This Court having jurisdiction over the subject matter and having determined that this is a core proceeding under 28 U.S.C. 157(b)(2)(A) and (O),due notice having been given and the Court and parties being fully advised in these premises,   **IT IS HEREBY ORDERED:**

1. Debtors Motion is granted

2. For their willful violation of the automatic stay, Board of Trustees of the Pipe Fitters Retirement Fund, Local 597, Board of Trustees of the Pipe Fitting Council of Greater Chicago, Board of Trustees of the Pipe Fitters' Individual Account and 401(K) Plan, The Pipe Fitters' Association, Local 597 U.A., Board of Trustees of the Pipe Fitters Training Fund, Local 597 and Board of Trustees of the Pipe Fitters Welfare Fund, Local 597 is ordered to pay to Debtor, Compass Mechanical Services, Inc., actual damages resulting

    from lost work and reasonable attorney's fees in defending the action in the Northern District of Illinois matter captioned, *Board of Trustees of the Pipe Fitters Retirement Fund, Local 597 et. al. v. Compass Mechanical Services, Inc., et. al.* No. 09-C-5080.

3. For their willful violation of the automatic stay, Board of Trustees of the Pipe Fitters Retirement Fund, Local 597, Board of Trustees of the Pipe Fitting Council of Greater Chicago, Board of Trustees of the Pipe Fitters' Individual Account and 401(K) Plan, The Pipe Fitters' Association, Local 597 U.A., Board of Trustees of the Pipe Fitters Training Fund, Local 597 and Board of Trustees of the Pipe Fitters Welfare Fund, Local 597 is ordered to pay to Debtor, Compass Mechanical Services, Inc., reasonable attorney's fees incurred for prosecuting Debtor's Motion.

4. Debtor is to file with the Court, within 14 days, a schedule of its damages and costs, including the reasonable attorney fees incurred in defending against the Northern District matter and prosecuting this action.

5. This matter is continued to _____, 2010 for a prove-up of damages that the Court shall award to Debtor pursuant to the mandatory and discretionary provisions of § 362(k).

6. The Debtor is also awarded punitive damages in the amount of _____ for its willful and vexatious violation of the automatic stay.

Dated:                            BY THE COURT

                                                      _____
                                                      The Honorable Eugene R. Wedoff
                                                      U.S. Bankruptcy Judge

Prepared by Forrest L. Ingram P.C.