IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | CHAPTER 11 |
| COMPASS MECHANICAL SERVICES, | NO. 09 B 47131 |
| Debtor. | JUDGE EUGENE R. WEDOFF |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming on to be heard on the motion of FORD MOTOR CREDIT COMPANY LLC to modify the restraining provisions of §362 of the Bankruptcy Code, and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §362 of the Bankruptcy Code be and the same are hereby modified to permit FORD MOTOR CREDIT COMPANY LLC to take possession of and foreclose its security interest in a certain 2002 Ford F150 V.I.N. No. 3FTRF17212MA15139.

IT IS FURTHER ORDERED that Bankruptcy Rule 4001(a)(3) does not apply to this Order.

ENTER: _____
BANKRUPTCY JUDGE

DATED: __10 FEB 2010__

CHRISTOPHER H. PURCELL
SHERMAN & SHERMAN
120 South La Salle Street
Chicago, Illinois 60603
Phone: (312) 372-1487
Atty. for FORD MOTOR CREDIT COMPANY LLC