IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | CHAPTER 11 |
| COMPASS MECHANICAL SERVICES, | NO. 09 B 47131 |
| Debtor. | JUDGE EUGENE R. WEDOFF |

## NOTICE OF MOTION

TO:

Compass Mechanical Services, Inc.
165 Easy Street
Carol Stream, IL 60188
via mail

Forrest L. Ingram
79 West Monroe Street Ste. 900
Chicago, IL 60603
via mail

See attached service list
via mail

William T. Neary
Office of the Trustee, Region 11
219 S. Dearborn St. Room 873
Chicago, IL 60604
via mail

PLEASE TAKE NOTICE that on February 24, 2010 at 9:30 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff Bankruptcy Judge, at *219 South Dearborn Street, Chicago, Illinois, Courtroom 744* and then and there present the attached Motion to Modify the Automatic Stay and to Compel Assumption or Rejection of Unexpired Lease, a copy of which is hereby served upon you.

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay attached, upon the Debtor(s), all parties are served as listed above, by mailing same in a properly addressed envelope, postage prepaid, from 120 South LaSalle Street, Chicago, Illinois 60603. And that the Debtor's attorney, as listed above, as well as the case Trustee, as listed above, were both served via electronic notification that occurs automatically upon the filing of said Motion to Modify the Automatic Stay. That the motion was filed, and the placement of any mailed copies being placed in the mail occurred before the hour of 5:00 P.M. on the 11th day of February 2010.

BY: /s/ Christopher H. Purcell
CHRISTOPHER H. PURCELL
SHERMAN & SHERMAN

CHRISTOPHER H. PURCELL
SHERMAN & SHERMAN
120 South La Salle Street
Chicago, Illinois 60603
Atty. for CAB WEST LLC

SERVICE LIST

| | |
|---|---|
| Associated Equipment<br>1455 Brummel Avenue<br>#100<br>Elk Grove Village, IL 60007 | BTU Company<br>770 Pasquinelli Drive<br>#414<br>Westmont, IL 60559 |
| Department of Employment Security<br>33 S. State Street, 10th Floor<br>Attn: Leviah Holt<br>Chicago, IL 60603 | Grainger<br>Dept. 865645873<br>Palatine, IL 60038 |
| Illinois Department of Revenue<br>9511 W. Harrison Street<br>Des Plaines, IL 60016 | Internal Revenue Services<br>Dept of Treasury<br>Cincinnati, OH 45999 |
| Johnstone Supply<br>480 Industrial Drive<br>#116<br>Naperville, IL 60563 | Johnstone Supply<br>145 Lively Blvd.<br>Elk Grove Village, IL 60007 |
| Liebert Corporation<br>P.O. Box 70474<br>Chicago, IL 60673 | Pipefitters Local #597<br>P.O. Box 94495<br>Chicago, IL 60690 |
| Sheet Metal Workers Local<br>#265<br>P.O. Box 519<br>West Chicago, IL 60186 | Sheet Metal Works<br>455 E. Algonquin Road<br>Arlington Heights, IL 60005 |
| Southside Control<br>488 N. Milwaukee Avenue<br>Chicago, IL 60610 | Trane Co(C/O Stein & Rotman)<br>105 W. Madison Street<br>Chicago, IL 60602 |
| W.L. Engler Distributing<br>1035 N. Throop St.<br>Chicago, IL 60642 | West Suburban Bank<br>711 S. Meyers Road<br>Lombard, IL 60148 |
| York International Corp<br>P.O. Box 905578<br>Charlotte, NC 28290 | Forrest L. Ingram<br>Forrest L. Ingram, P.C.<br>79 W. Monroe Street<br>Suite 900<br>Chicago, IL 60603 |
| William T. Neary<br>Office of the Trustee, Region 11<br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL 60604 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | CHAPTER 11 |
| COMPASS MECHANICAL SERVICES, | NO. 09 B 47131 |
| Debtor. | JUDGE EUGENE R. WEDOFF |

## MOTION TO MODIFY AUTOMATIC STAY & COMPELL ASSUMPTION REJECTION OF UNEXPIRED LEASE AGREEMENT

Now comes CAB WEST LLC, a creditor herein, by SHERMAN & SHERMAN, its attorneys, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. That on December 14, 2009 the Debtor herein filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2. That CAB WEST LLC is a creditor of the Debtor with respect to a certain unexpired lease agreement dated July 17, 2008, providing for the lease by the Debtor from CAB WEST LLC of a certain 2009 Lincoln MKS motor vehicle. That the current total outstanding balance due to CAB WEST LLC is $11,484.17

3. That the Debtor has not offered, and CAB WEST LLC is not receiving, adequate protection for its secured interest or depreciating value.

4. That there is no equity for the bankruptcy estate in the aforesaid motor vehicle, and the said motor vehicle is not necessary to an effective reorganization.

5. That CAB WEST LLC will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and foreclosing its security interest therein.

6. That your Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

7. The account is past due for payment, which came due in December 16, 2009, and for payments, which came due each month thereafter.

8. The debtor has failed to provide evidence of insurance on the vehicle.

9. The aforesaid unexpired lease agreement, among other things, requires the debtor to maintain proper insurance coverage on said vehicle, and to make monthly payments to CAB WEST LLC of $603.43 per month, each and every month, on the 16th day of each month.

10.    The debtor has not assumed or rejected the unexpired lease with CAB WEST LLC.

11.    That, pursuant to the provision to section 365(d)(2) of the Bankruptcy Code, CAB WEST LLC requests this honorable court to enter an order providing a short date in which the debtor muse assume or reject said lease agreement.

WHEREFORE, CAB WEST LLC prays this honorable court enter an order modifying the Automatic Stay with respect to the 2009 Lincoln MKS and for an order compelling the debtor to assume or reject the unexpired lease agreement with CAB WEST LLC within 14 days of the entry of said order, for entry of an order providing that, absent the assumption of said lease by the debtor within the 14 day period that said lease agreement will deemed rejected and the debtor will surrender the motor vehicle to CAB WEST LLC, and for such other and further relief as this Court may deem just and equitable.

CAB WEST LLC

BY:    /s/ Christopher H. Purcell
CHRISTOPHER H. PURCELL,
One of its Attorneys

CHRISTOPHER H. PURCELL
SHERMAN & SHERMAN
120 South La Salle Street
Chicago, Illincis 60603
Phone: (312) 372-1487
Atty. for CAB WEST LLC