UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                          )
    Compass Mechanical Services, Inc.    )    Case No. 09-47131
                                         )

### ORDER AND NOTICE SETTING TIME TO FILE CLAIMS

*Debtor's counsel is directed, by* _____February 19, 2010_____, *to serve on all creditors a copy of this Order and to file proof of service with the Clerk.*

This bankruptcy case was filed on _____December 14, 2009_____.

**FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE BANKRUPTCY ESTATE**

(a)    Claims of any governmental unit that arose prior to the case filing date are to be filed not later than 180 days after the order for relief, and

(b)    All other claims that arose prior to the case filing date are to be filed by _____~~April 7, 2010~~ April 20, 2010_____

All claims must be filed electroncially or at the following address:

    Clerk of the U.S. Bankruptcy Court
    219 South Dearborn Street, Room 713
    Chicago, IL 60604

**If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution.** However, under the law some parties need not file claims. See 11 U.S.C § 1111(a). Parties must rely on their own inspection of the schedules or advice of counsel to determine whether to file a claim.

~~**FOR PARTIES WHO WISH TO OBJECT TO CLAIMS**~~

~~All objections to claims must be filed and notice thereof served (a) on governmental creditors within 210 days after the date the petition was filed; and (b) on non-governmental claimants by _____June 16, 2010_____. If objections to claims are filed, claimants may appear for hearing on objections but are not required to do so unless the court so orders.~~

ENTER:

_____
                 Judge

Dated: **17 FEB 2010**