**Jeffrey Krol**

**From:**    Joe Mallon

**Sent:**    Thursday, February 18, 2010 9:41 AM

**To:**    'mohlman@fingramlaw.com'

**Subject:** Local 597 TF/Compass Mechanical

Michael,

When we spoke last week regarding your Motion for Sanctions against the Local 597 Trust Funds, you indicated that you would send me your settlement demand.    Please let me know when I can expect to receive it, so we can avoid the need to submit the matter to the Court for settlement.

Thanks,
-Joe

Joseph E. Mallon
JOHNSON & KROL, LLC
300 South Wacker Drive, Suite 1313
Chicago, IL  60606
(ph) 312.372.8587
(fx) 312.255.0449
E-mail:  mallon@johnsonkrol.com

This message is intended for the use of the person or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please reply immediately.  Thank You.

**EXHIBIT 1**

3/4/2010