**From:** Joe Mallon
**Sent:** Wednesday, February 24, 2010 9:26 AM
**To:** 'mohlman@fingramlaw.com'
**Subject:** RE: Local 597 TF/Compass Mechanical

Michael,

Unless we receive your letter by the close of business today, we will be forced to submit this matter to the Court for settlement.

-Joe

Joseph E. Mallon
JOHNSON & KROL, LLC
300 South Wacker Drive, Suite 1313
Chicago, IL  60606
(ph) 312.372.8587
(fx)  312.255.0449
E-mail:  mallon@johnsonkrol.com

This message is intended for the use of the person or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please reply immediately.  Thank You.

---

**From:** Michael V. Ohlman [mailto:mohlman@fingramlaw.com]
**Sent:** Thursday, February 18, 2010 2:04 PM
**To:** Joe Mallon
**Subject:** RE: Local 597 TF/Compass Mechanical

I am sorry about the delay but we needed some time to process the time sheets.  I will have the letter to you on Monday or Tuesday.

Thanks,

Michael

Michael V. Ohlman
Forrest L. Ingram, P.C.
79 West Monroe, Suite 900
Chicago, IL 60603
Phone: (312) 759-2838
Fax: (312) 759-0298
Email: mohlman@fingramlaw.com

NOTICE:  The information in this email and any attachments is confidential and INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) named above. Additionally, it may be ATTORNEY WORK PRODUCT INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) named above, and therefore be legally privileged.  If you are not the intended recipient, any dissemination, distribution, or copying of this information, or any of its contents, is strictly prohibited.  If you have received this email in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system and otherwise.

---

**From:** Joe Mallon [mailto:joe@johnsonkrol.com]

**EXHIBIT 2**

**Sent:** Thursday, February 18, 2010 9:41 AM
**To:** mohlman@fingramlaw.com
**Subject:** Local 597 TF/Compass Mechanical

Michael,

When we spoke last week regarding your Motion for Sanctions against the Local 597 Trust Funds, you indicated that you would send me your settlement demand.   Please let me know when I can expect to receive it, so we can avoid the need to submit the matter to the Court for settlement.

Thanks,
-Joe

Joseph E. Mallon
JOHNSON & KROL, LLC
300 South Wacker Drive, Suite 1313
Chicago, IL  60606
(ph) 312.372.8587
(fx)  312.255.0449
E-mail:  mallon@johnsonkrol.com

This message is intended for the use of the person or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please reply immediately.  Thank You.


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.435 / Virus Database: 271.1.1/2695 - Release Date: 02/18/10 07:34:00