**Jeffrey Krol**

**From:** Joe Mallon

**Sent:** Wednesday, March 03, 2010 11:55 AM

**To:** 'mohlman@fingramlaw.com'

**Subject:** Compass Mechanical/Local 597 - Motion for Sanctions

Michael,

I understand that the Motion has been continued until March 9, 2010 before Judge Wedoff. This shall serve as notice of our intent to appear and let the Court decide the appropriate sanction, as your firm has failed to respond to our attempts to resolve this matter directly with you. Obviously, we will oppose any attempt to collect additional fees incurred subsequent to our failed settlement attempts.

Sincerely,
-Joe Mallon

Joseph E. Mallon
JOHNSON & KROL, LLC
300 South Wacker Drive, Suite 1313
Chicago, IL 60606
(ph) 312.372.8587
(fx) 312.255.0449
E-mail: mallon@johnsonkrol.com

This message is intended for the use of the person or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please reply immediately. Thank You.

**EXHIBIT 3**

3/4/2010