IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPASS MECHANICAL | ) | Judge Eugene R. Wedoff |
| SERVICES, INC. | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-47131 |
| | ) | |
| | ) | Hearing: April 6, 2010 at 9:30 a.m. |

### ORDER GRANTING FIRST APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS

THIS MATTER came to be heard on the First Application of FORREST L. INGRAM, P.C. for Allowance and Payment of Compensation and Costs. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded **$15,993.00** of the professional compensation requested for the time period beginning December 14, 2009 and ending February 28, 2010.

2. FORREST L. INGRAM, P.C. is awarded **$1,199.37** for reimbursement of expenses for the time period beginning December 14, 2009 and ending February 28, 2010.

3. FORREST L. INGRAM, P.C. is authorized to apply **$13,720.00** of the chapter 11 retainer to the fees and costs awarded.

4. Debtor is authorized to pay FORREST L. INGRAM, P.C., from its operational funds, the remaining balance of the fees and costs awarded, namely, **$3,472.37**.

Dated:                                                    BY THE COURT:

                                                          _____
                                                          The Honorable Carol A. Doyle
This order was prepared                                   United States Bankruptcy Judge
By Forrest L. Ingram, P.C.