# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| COMPASS MECHANICAL ) | Judge Eugene R. Wedoff |
| SERVICES, INC. ) | |
| ) | |
| Debtor and Debtor in Possession. ) | Case No. 09-47131 |
| ) | |
| ) | Hearing: April 6, 2010 at 9:30 a.m. |

## CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, caused a true and correct copy of the attached NOTICE FOR HEARING ON FIRST APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF EXPENSES OF FORREST L. INGRAM, P.C., upon all parties entitled to service at the address listed on the service list attached hereto, by regular mail, postage prepaid, by placing a copy in the U.S. mail depository at 79 W. Monroe St., Chicago, Illinois, on or before 5:00 p.m. on March 9, 2010.

/s/ Forrest L. Ingram

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## SERVICE LIST

**Via U.S. Mail**

Board of Trustees of the Pipe Fitters
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Air Products
1555 Louis Avenue
Elk Grove Village, IL 60007-2313

Brucker Company
PO Box 5940, Dept. 20-1042
Carol Stream, IL 60197-5940

Delta Therm
398 W. Liberty St.
PO Box 345
Wauconda, IL 60084-0345

Baum, Sigman, & Auerbach
200 West Adams St #2200
Chicago, IL 60606-5209

Centimark
PO Box 360093
Pittsburgh, PA 15251-6093

Compass Mechanical Services
165 Easy Street
Carol Stream, IL 60188-2314

Aurora Tri-State
1080 Corporate Blvd.
Aurora, IL 60502-9178

Cambridge Engineering
PO Box 419161
Creve Coeur, MO 63141-9161

Department of the Treasury
Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Ford Motor Credit Company LLC
PO Box 6275
Dearborn, MI 48121-6275

BTU Company
770 Pasquinelli Drive, #414
Westmont, IL 60559-1200

Capital One
PO Box 60067
City of Industry, CA 91716-0067

Associated Equipment
1455 Brummel Ave
#100
Elk Grove Village, IL 60007-2110

Cab West LLC
One American Road, Mail Drop 7440
Dearborn, MI 48126-2701

Dept. of Employment Security
33 S. State St., 10th Floor
Attn: Leviah Holt
Chicago, IL 60603-2803

U.S. Bankruptcy Court, Eastern Division
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604-1704

Bornquist, Inc.
7050 Lehigh Ave.
Chicago, IL 60646-1298

Complete Balancing Services
4098 N. 525 W.
LaPorte, IN 46350-7307

Dreisilker
36249 Treasury Center
Chicago, IL 60694-6200

Enterprise Fleet Services
395 Roosevelt Rd.
Glen Ellyn, IL 60137-5653

Flood Steel Erectors
310 Reichert Rd.
Wood Dale, IL 60191-1207

Hilti, Inc.
PO Box 382002
Pittsburgh, PA 15250-8002

Illinois Dept. of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Liebert Corporation
1050 Dearborn Drive
Columbus, OH 43085-4709

Euler Hermes UMA
600 South 7th St.
Louisville, KY 40203-1968

Ford Motor Credit Company LLC
Drawer 55-953
PO Box 55000
Detroit, MI 48255-0001

Johnstone Supply
480 Industrial Drive #116
Naperville, IL 60563-3903

Encompass Technologies, Ltd.
2542 North Ridge Ave.
Arlington Heights, IL 60004-2457

Filter Services Illinois
2555 United Lane
Elk Grove Village, IL 60007-6820

Grainger
Dept. 865645873
Palatine, IL 60038-0001

Fed Ex
PO Box 94515
Palatine, IL 60094-4515

Ford Motor Credit
PO Box 542000
Omaha, NE 68154-8000

IRS
2001 Butterfield Road
Downers Grove, IL 60515-1058

Johnstone Supply
145 Lively Blvd.
Elk Grove Village, IL 60007-1690

EIP (Tamco Distributors)
2200 W. Higgins Rd, Ste 355
Hoffman Estates, IL 60169-2423

Ferguson Enterprises
1401 N. Cicero Ave.
Chicago, IL 60651-1600

Home Depot Credit Services
Dept. 32-2003977950
PO Box 6029
The Lakes, NV 88901-6029

Liebert Corporation
PO Box 70474
Chicago, IL 60673-0001

Excelsior
1846 Collection Center Dr.
Chicago, IL 60693-0001

Fluid Air Products
7535 Plaza Ct.
Willowbrook, IL 60527-5612

I.C.E., Inc.
305 Van Buren Road
Bolivar, TN 38008-3834

Illinois Dept. of Revenue
9511 W. Harrison St.
Des Plaines, IL 60016-1563

Johnstone Supply
6153 W. Mulford Street
Niles, IL 60714-3413

Lift-A-Loft
1122 Elizabeth Avenue
Waukegan, IL 60085-7628

Master Solutions
1236 Highland Ave, Ste. 2C
Lombard, IL 60148

Newmark Construction
PO Box 388703
Chicago, IL 60638-8703

Pipefitters Local #597
PO Box 94495
Chicago, IL 60690-4495

Sheet Metal Workers Local #265
PO Box 519
West Chicago, IL 60186-0519

Local 265 Sheet Metal
205 Alexandra Way
Carol Stream, IL 60188-2080

McLean Thermal Pentair
Dept. CH 14197
Palatine, IL 60055-0001

Nicor
PO Box 0632
Aurora, IL 60507-0632

Receivables Control Corp.
7373 Kirkwood Ct, #200
Minneapolis, MN 55440

Johnson Controls, Inc.
PO Box 743743
Dallas, TX 75373-0001

Lift Works
1130 Carolina, Unit F
West Chicago, IL 60185-5163

Loel Cardis, LLC
2006 Swede Rd, #100
Norristown, PA 19401-1787

Mike Wojciechowski
407 Belmont Lane
Bartlett, IL 60103-8958

Paul OKeefe P.C.
One East Wacker Drive, #2520
Chicago, IL 60601-2073

Raul Romero
3410 Majestic Oaks Drive
St. Charles, IL 60174-7965

Sheet Metal Workers #265
c/o Jennifer L. Dunitz-Geiringer
Baum Sigman Auerbach & Newman, Ltd.
200 West Adams St., Suite 2200
Chicago, IL 60606-5231

MFH Associates
111 N. Canal/Lobby NW
Chicago, IL 60606-7218

Moving On Up
706 Bonded Pkwy
Streamwood, IL 60107-1837

Pro Consulting Services, Inc.
PO Box 66510
Houston, TX 77266-6510

Local 73
4550 Roosevelt Road
Hillside, IL 60162-2053

Marc Lichtman
150 N. Wacker Drive
Chicago, IL 60606-1611

Neopost, Inc.
PO Box 45800
San Francisco, CA 94145-0800

Pipefitters Local #597
45 N. Ogden Ave
Chicago, IL 60607-1885

Solomon & Leadley
320 E. Indian Trail #2
Aurora, IL 60505-1787

TEC/Temp Equip. Corp
17725 Volbrecht Road
Lansing, IL 60438-4542

W.L. Engler Distributing
1035 N. Throop St.
Chicago, IL 60642-4097

Southside Control
488 N. Milwaukee Ave.
Chicago, IL 60654-3965

West Suburban Bank
711 S. Meyers Road
Lombard, IL 60148-3770

Steiner Electric
1250 Touhy Ave.
Elk Grove Village, IL 60007-4985

York International Corp.
P.O. Box 905578
Charlotte, NC 28290-5578

Illinois Dept. of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60606

Messer & Stilp
166 W. Washington #300
Chicago, IL 60602-2390

Outside Legal Counsel, Ltd.
2135 City Gate Lane, Ste. 300
Naperville, IL 60563-3081

Pro Consulting Svcs, Inc.
PO Box 66768
Houston, TX 77266-6768

Stein & Rotman
105 W. Madison Street, Ste. 600
Chicago, IL 60602-4672

Transworld Systems
1375 E Woodfield Rd, #110
Schaumburg, IL 60173-5423

Zonatherm
251 Holbrook
Wheeling, IL 60090-5826

UBM Mechanical Services
165 Easy Street
Carol Stream, IL 60188-2314

Sheet Metal Works
455 E. Algonquin Road
Arlington Heights, IL 60005-4620

UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-0001

William T Neary
Office of the U.S. Trustee,
Region 11
219 S. Dearborn St, Room 873
Chicago, IL 60604-2027