IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Ltd. | ) | Case No. 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: February 24, 2010 at 10:00 a.m. |

## ORDER VACATING THE ORDER GRANTING RELIEF FROM THE STAY AND WAIVING THE TEN-DAY STAY PURSUANT TO RULE 4001(a)(3)

This matter came to be heard on the Debtor's Motion to Vacate the Order Granting Relief from the Stay and Waiving the Ten-Day Stay Pursuant to Rule 4001(a)(3). Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that the Court's Order of February 10, 2010, granting relief from the automatic stay and waiving the ten-day stay pursuant to Rule 4001(a)(3), brought by Ford Motor Credit, is hereby vacated.

**IT IS HEREBY ORDERED** that the Debtor is granted fourteen (14) days to respond to Ford Motor Credit's Motion for Relief from the Automatic Stay, originally filed on January 22, 2010.

Dated: 10 MAR 2010

BY THE COURT

_____
The Honorable Eugene Wedoff
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.

1