**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Inc. | ) | Case No. 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: April 7, 2010 at 9:30 am |

**AMENDED NOTICE OF MOTION**

To:   See attached service list

PLEASE TAKE NOTICE that on **Wednesday April 7, 2010 at 9:30 a.m..,** I shall appear before the Honorable Eugene R. Wedoff, or any other Judge sitting in his stead, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present the Debtor's **MOTION TO INCUR INDEBTEDNESS,** a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

/s/ Michael V. Ohlman\_\_\_\_\_
Forrest L. Ingram, #3129032           One of the Debtors Attorneys
Michael V. Ohlman # 6294512
Philip Groben #6299914
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice on all parties entitled to service at the address listed below, by electronic filing through ECF or by email, as set forth on the attached service list, at or before 5:00 p.m. on the 17 March 2010

/s/ Michael V. Ohlman

**SERVICE LIST**

**Via CM/ECF**

**U.S. Trustee**
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
(312) 886-5794

**Via U.S. Mail**

Aurora Tri-State
1080 Corporate Blvd
Aurora, Il 60502

Bornquist, Inc.
7050 Lehigh Ave.
Chicago, IL 60646

Capital One
PO Box 60067
City of Industry, CA 91716

Delta-Therm
398 W. Liberty St
PO Box 345
Wauconda, IL 60084

EIP (Tamco Distributors)
2200 W. Higgins Rd, Ste 355
Hoffman Estates, Il 60169

Euler Hermes UMA
600 South 7th St
Louisville, KY 40201

Pipe Fitters' Association, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Drive
Suite 1313
Chicago, IL 60606

Fed Ex
PO Box 94515
Palatine, IL 60094

Fluid Air Products
7535 Plaza Ct
Willowbrook, IL 60527

Hilti, Inc
PO Box 382002
Pittsburgh, PA 15250

Air Products
1555 Louis Avenue
Elk Grove Village, Il 60007

BTU Company
770 Pasquinelli Drive #414
Westmont, IL 60559

Brucker Company
PO Box 5940, Dept 20-1042
Carol Stream, Il 60197

Centimark
PO Box 360093
Pittsburgh, PA 15251

Department of Employment Security
33 S. State St, 10th Floor
Attn: Leviah Holt
Chicago, IL 60603

Encompass Technologies, LTD
2542 North Ridge Ave
Arlington Heights, IL 60004

Excelsior
1846 Collection Center Dr
Chicago, Il 60693

I.C.E.,Inc.
305 Van Buren Road
Bolivar, TN 38008

Ford Motor Credit
PO Box 542000
Omaha, NE 68154

Home Depot Credit Services
Dept. 32 – 2003977950
PO Box 6029
The Lakes, NV 88901-6029

Associated Equipment
1455 Brummel Ave
#100
Elk Grove Village, IL 60007

Baum, Sigman, Auerbach
200 W. Adams St #2200
Chicago, IL 60606

Cambridge Engineering
P.O. Box 419161
Creve Coeur, MO 63141

Complete Balancing Services
4098 N. 525
W LaPorte, IN 46350

Dreisilker
36249 Treasury Center
Chicago, Il 60694

Enterprise Fleet Services
395 Roosevelt Road
Glen Ellyn, Il 60137

Ferguson Enterprises
1401 N. Cicero
Chicago, Il 60651

Flood Steel Erectors
310 Reichert Rd
Wood Dale, Il 60191

Grainger
Dept. 865645873
Palatine, IL 60038

Filter Services Illinois
2555 United Lane
Elk Grove Village, IL 60007

IRS
2001 Butterfield Road
Downers Grove, Il 60515

Johnson Controls, Inc
PO Box 743743
Dallas, TX 75373

Lift Works
1130 Carolina, Unit F
West Chicago, Il 60185

MFH Associates
111 N. Canal/Lobby NW
Chicago, Il 60606

McClean Thermal Pentair
Dept. CH 14197
Palatine, IL 60055

Neopost, Inc
PO Box 45800
San Francisco, CA 94145

Outside Legal Counsel, LTD
2135 City Gate Lane, Ste: 300
Naperville, IL 60563

Pipe Fitters' Association, Local 597
c/o Johnson & Krol, LLC
300 S. Wacker Drive
suite 1313
Chicago, IL 60606

Pro Consulting Services, Inc.
PO Box 66510
Houston, TX 77266

Solomon & Leadley
320 E. Indian Trail #2
Aurora, IL 60505

Illinois Department of
      Employment Security
33 South State Street
Chicago, Illinois 60603

Attn: Bankruptcy Unit - 10th flr.
Johnstone Supply
145 Lively Blvd
Elk Grove Village, IL 60007

Lift-A-Loft
1122 Elizabeth Avenue
Waukegan, Il 60085

Marc Lichtman
150 N Wacker Drive
Chicago, IL 60606

Messer & Stilp
166 W. Washington #300
Chicago, IL 60602

Newmark Consruction
PO Box 388703
Chicago, Illinois 60638

Receivables Control Corp.
7373 Kirkwood Ct #200
Minneapolis, MN 55440

Illinois Dept of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, Il 60606

Liebert Corporation
1050 Dearborn Drive
Columbus, OH 43085

Loel Cardis, LLC
2006 Swede Rd #100
Norristown, PA 19401

Master Solutions
1236 Highland Ave, Ste 2C
Lombard, Il 60148

Moving On Up
706 Bonded Pkwy
Streamwood, Il 60107

Nicor
PO Box 0632
Aurora, Il 60507

Pipefitters Local #597
P.O. Box 94495
Chicago, IL 6069

Sheet Metal Workers' Int'l Assn.,
Local Union 265
c/o Jennifer L. Dunitz-Geiringer
Baum Sigman Auerbach
    & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231

Compass Mechanical Services, Inc.
27W250 Ontarioville Rd
Hanover Park, IL 60133-4820