# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Inc. | ) | Case No. 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: May 25, 2010 at 9:30 a.m |

## NOTICE OF MOTION

To:    See attached service list

PLEASE TAKE NOTICE that on **May 25, 2010 at 9:30 a.m.,** the undersigned will appear before the Honorable Judge Eugene Wedoff, Bankruptcy Judge, or such other judge as may be sitting in his stead in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEBTOR'S MOTION TO STRIKE LOCAL 597's RESPONSE AND MOTION TO CONVERT,** a copy of which is enclosed herewith and served upon you.

/s/ Michael V. Ohlman

Forrest L. Ingram , #3129032
Michael V. Ohlman #6294512
Phil Groben #6299914
FORREST L. INGRAM, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858

## CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, or by fax, as indicated on the list, on May 21, 2010.

/s/ Michael V. Ohlman

1

# SERVICE LIST

**VIA Email**

**Compass Mechanical Services, Ltd.**

**By ECF Notice:**

**William T. Neary**
**Office of the U.S. Trustee, Region 11**
219 S. Dearborn, 8th Floor
Chicago, IL 60602
USTPRegion11.ES.ECF@usdoj.gov

**By ECF Notice and Facsimile:**

**Board of Trustees of the Pipe Fitters Retirement Fund, Local 597;**
**Board of Trustees of the Pipe Fitters Welfare Fund, Local 597;**
**Board of Trustees of the Pipe Fitters Individual Account and 401(k) Plan;**
**Board of Trustees of the Pipe Fitters Council of Greater Chicago;**
**Board of Trustees of the Chicago Area Mechanical Contracting Industry Improvement Trust;**
**The Pipe Fitters' Association, Local 597 U.A.**
c/o JOHNSON AND KROL, LLC
Mr. William Callinan
Mr. Joseph Mallon
Mr. Jeffrey Krol
303 South Wacker, Suite 1313
Chicago, Illinois 60606
Fax: 312-255-0449

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Inc. | ) | Case No. 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: May 25, 2010 at 9:30 a.m. |

### DEBTOR'S MOTION TO STRIKE LOCAL 597's RESPONSE and MOTION TO CONVERT

Now Comes the Debtor and Debtor in Possession, COMPASS MECHANICAL SERVICES, INC. ("Debtor"), by and through its attorneys, FORREST L. INGRAM, P.C., and moves this Honorable Court to Strike Local 597's Response Motion and Motion to Convert. In Support thereof, the Debtor states as follows:

1. The Debtor filed its chapter 11 bankruptcy case on December 14, 2009.

2. On February 2, 2010, this Honorable Court entered an order setting March 3, 2010 as the deadline for the Debtor to file its Disclosure Statement and Plan. The Court's order also sets a status on the Disclosure Statement and Plan for March 10, 2010, at 10:00am.

3. On February 24, 2010, the Debtor was granted an extension to file the Disclosure Statement and Plan. Due to a number of outstanding issues, the Debtor is seeking a second extension to file its Disclosure Statement and Plan.

4. As a response to the Debtor's motion for an extension, Board of Trustees of the Pipe Fitters Retirement Fund, Local 597; Board of Trustees of the Pipe Fitters Welfare Fund, Local 597; Board of Trustees of the Pipe Fitters Individual Account and 401(k) Plan; Board of Trustees of the Pipe Fitters Council of Greater Chicago; Board of Trustees of the Chicago Area

1

Mechanical Contracting Industry Improvement Trust; The Pipe Fitters' Association, Local 597 U.A. ("Local 597") filed a motion to convert this case to a chapter 7 liquidation plan. Local 597 filed its motion on May 20, 2010 and set the matter for a hearing on May 25, 2010.

5. Local 597's motion should be stricken for failing to conform to 11 U.S.C. § 1112(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure (herein after referred to as the "Bankruptcy Rules").

6. In a chapter 11 case, a party in interest may move to have the matter converted to a chapter 7 case "after notice and a hearing." 11 U.S.C. § 1112(b). In preparing a motion the movant must follow the notice requirements found in Bankruptcy Rule 2002(a)(4).

7. Bankruptcy Rule 2002(a)(4) states:

> [T]he clerk, or some other person as the court may direct, shall give the debtor, the trustee, all creditors and indenture trustees at least 21 days' notice by mail of . . . in a chapter 7 liquidation, a chapter 11 reorganization case, or a chapter 12 family farmer debt adjustment case, the hearing on the dismissal of the case or the conversion of the case to another chapter . . .

Fed. R. Bankr. P. 2002(a)(4) (2010).

8. Pursuant to the Bankruptcy Rules, "surprise conversions are prohibited". *In re AdBright Corp.* 290 B.R. 209, 214 (Bankr. S.D.N.Y. 2003)

9. The responsive motion filed by Local 597 seeking conversion of the above captioned case only allowed for five days notice, a clear violation of the notice time requirement mandated by the applicable Bankruptcy Rules.

10. Even more, Local 597 failed to give notice to all parties in interest by mail as is required by Bankruptcy Rule 2002(a)(4). A review of the service list shows that Local 597 only served the Debtor and the U.S. Trustee's Office through the ECF system. Local 597 has not provided

2

notice to all of the Debtor's creditors, secured or otherwise, and the service method used on the Debtor and U.S. Trustee was defective for using an inappropriate method.

11. Clearly, Local 597's motion to convert did not conform to the Bankruptcy Rules and therefore, their motion should be stricken in its entirety.

WHEREFORE, Compass Mechanical Services, Inc. respectfully requests that this Honorable Court strike Local 597's Response to the Debtor's Motion for an Extension and Motion to Convert for failing to conform to the notice requirements found in the Bankruptcy Rules. The Debtor also prays for such other and further relief as this court may deem equitable and just.

        Respectfully submitted,

        COMPASS MECHANICAL SERVICES, INC.

        By:   /s/ Michael V. Ohlman
               One of their attorneys

Forrest L. Ingram , #3129032
Michael V. Ohlman #6294512
Phil Groben #6299914
FORREST L. INGRAM, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2838