## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Inc. | ) | Case No. 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: May 25, 2010 at 9:30 a.m |

### ORDER

This matter came to be heard on **Debtor's Second Motion to Extend Time to File Plan and Disclosure Statement**.  Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

*until June 25*

1) Compass Mechanical Services, Inc. is granted ~~until July 26~~, 2010 to file its Plan and Disclosure Statement.

Dated:  **2 5 MAY 2010**

BY THE COURT

The Honorable Eugene Wedoff
U.S. Bankruptcy Judge

This document was prepared
by Forrest L. Ingram, P.C.