# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPASS MECHANICAL SERVICES, INC. | ) ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-47131 |
| | ) | |
| | ) | Hearing: August 31, 2010 at 9:30 a.m. |

## CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, caused a true and correct copy of the attached NOTICE FOR HEARING ON SECOND APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF EXPENSES OF FORREST L. INGRAM, P.C., upon all parties entitled to service at the address listed on the service list attached hereto, by regular mail, postage prepaid, by placing a copy in the U.S. mail depository at 79 W. Monroe St., Chicago, Illinois, on or before 5:00 p.m. on August 2, 2010

/s/ Philip Groben_____

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## SERVICE LIST

**Via U.S. Mail**

Board of Trustees of the Pipe Fitters
c/o Johnson & Krol, LLC
300 S. Wacker Drive, Suite 1313
Chicago, IL 60606-6601

Ford Motor Credit Company LLC
PO Box 6275
Dearborn, MI 48121-6275

Air Products
1555 Louis Avenue
Elk Grove Village, IL 60007-2313

BTU Company
770 Pasquinelli Drive, #414
Westmont, IL 60559-1200

Brucker Company
PO Box 5940, Dept. 20-1042
Carol Stream, IL 60197-5940

Capital One
PO Box 60067
City of Industry, CA 91716-0067

Delta Therm
398 W. Liberty St.
PO Box 345
Wauconda, IL 60084-0345

Associated Equipment
1455 Brummel Ave
#100
Elk Grove Village, IL 60007-2110

Baum, Sigman, & Auerbach
200 West Adams St #2200
Chicago, IL 60606-5209

Cab West LLC
One American Road, Mail Drop 7440
Dearborn, MI 48126-2701

Centimark
PO Box 360093
Pittsburgh, PA 15251-6093

Dept. of Employment Security
33 S. State St., 10th Floor
Attn: Leviah Holt
Chicago, IL 60603-2803

Compass Mechanical Services
165 Easy Street
Carol Stream, IL 60188-2314

U.S. Bankruptcy Court, Eastern Division
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604-1704

Aurora Tri-State
1080 Corporate Blvd.
Aurora, IL 60502-9178

Bornquist, Inc.
7050 Lehigh Ave.
Chicago, IL 60646-1298

Cambridge Engineering
PO Box 419161
Creve Coeur, MO 63141-9161

Complete Balancing Services
4098 N. 525 W.
LaPorte, IN 46350-7307

Department of the Treasury
Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Dreisilker
36249 Treasury Center
Chicago, IL 60694-6200

| | |
|---|---|
| Enterprise Fleet Services<br>395 Roosevelt Rd.<br>Glen Ellyn, IL 60137-5653 | Fed Ex<br>PO Box 94515<br>Palatine, IL 60094-4515 |
| Flood Steel Erectors<br>310 Reichert Rd.<br>Wood Dale, IL 60191-1207 | Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 |
| Hilti, Inc.<br>PO Box 382002<br>Pittsburgh, PA 15250-8002 | IRS<br>2001 Butterfield Road<br>Downers Grove, IL 60515-1058 |
| Illinois Dept. of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Johnstone Supply<br>145 Lively Blvd.<br>Elk Grove Village, IL 60007-1690 |
| Liebert Corporation<br>1050 Dearborn Drive<br>Columbus, OH 43085-4709 | EIP (Tamco Distributors)<br>2200 W. Higgins Rd, Ste 355<br>Hoffman Estates, IL 60169-2423 |
| Euler Hermes UMA<br>600 South 7th St.<br>Louisville, KY 40203-1968 | Ferguson Enterprises<br>1401 N. Cicero Ave.<br>Chicago, IL 60651-1600 |
| Ford Motor Credit Company LLC<br>Drawer 55-953<br>PO Box 55000<br>Detroit, MI 48255-0001 | Home Depot Credit Services<br>Dept. 32-2003977950<br>PO Box 6029<br>The Lakes, NV 88901-6029 |
| Johnstone Supply<br>480 Industrial Drive #116<br>Naperville, IL 60563-3903 | Liebert Corporation<br>PO Box 70474<br>Chicago, IL 60673-0001 |
| Encompass Technologies, Ltd.<br>2542 North Ridge Ave.<br>Arlington Heights, IL 60004-2457 | Excelsior<br>1846 Collection Center Dr.<br>Chicago, IL 60693-0001 |
| Filter Services Illinois<br>2555 United Lane<br>Elk Grove Village, IL 60007-6820 | Fluid Air Products<br>7535 Plaza Ct.<br>Willowbrook, IL 60527-5612 |
| Grainger<br>Dept. 865645873<br>Palatine, IL 60038-0001 | I.C.E., Inc.<br>305 Van Buren Road<br>Bolivar, TN 38008-3834 |

Illinois Dept. of Revenue
9511 W. Harrison St.
Des Plaines, IL 60016-1563

Johnstone Supply
6153 W. Mulford Street
Niles, IL 60714-3413

Lift-A-Loft
1122 Elizabeth Avenue
Waukegan, IL 60085-7628

Master Solutions
1236 Highland Ave, Ste. 2C
Lombard, IL 60148

Newmark Construction
PO Box 388703
Chicago, IL 60638-8703

Pipefitters Local #597
PO Box 94495
Chicago, IL 60690-4495

Sheet Metal Workers Local #265
PO Box 519
West Chicago, IL 60186-0519

Local 265 Sheet Metal
205 Alexandra Way
Carol Stream, IL 60188-2080

McLean Thermal Pentair
Dept. CH 14197
Palatine, IL 60055-0001

Nicor
PO Box 0632
Aurora, IL 60507-0632

Receivables Control Corp.
7373 Kirkwood Ct, #200
Minneapolis, MN 55440

Johnson Controls, Inc.
PO Box 743743
Dallas, TX 75373-0001

Lift Works
1130 Carolina, Unit F
West Chicago, IL 60185-5163

Loel Cardis, LLC
2006 Swede Rd, #100
Norristown, PA 19401-1787

Mike Wojciechowski
407 Belmont Lane
Bartlett, IL 60103-8958

Paul OKeefe P.C.
One East Wacker Drive, #2520
Chicago, IL 60601-2073

Raul Romero
3410 Majestic Oaks Drive
St. Charles, IL 60174-7965

Sheet Metal Workers #265
c/o Jennifer L. Dunitz-Geiringer
Baum Sigman Auerbach & Newman, Ltd.
200 West Adams St., Suite 2200
Chicago, IL 60606-5231

MFH Associates
111 N. Canal/Lobby NW
Chicago, IL 60606-7218

Moving On Up
706 Bonded Pkwy
Streamwood, IL 60107-1837

Pro Consulting Services, Inc.
PO Box 66510
Houston, TX 77266-6510

Local 73
4550 Roosevelt Road
Hillside, IL 60162-2053

Marc Lichtman  
150 N. Wacker Drive  
Chicago, IL 60606-1611  

Neopost, Inc.  
PO Box 45800  
San Francisco, CA 94145-0800  

Pipefitters Local #597  
45 N. Ogden Ave  
Chicago, IL 60607-1885  

Solomon & Leadley  
320 E. Indian Trail #2  
Aurora, IL 60505-1787  

TEC/Temp Equip. Corp  
17725 Volbrecht Road  
Lansing, IL 60438-4542  

W.L. Engler Distributing  
1035 N. Throop St.  
Chicago, IL 60642-4097  

Southside Control  
488 N. Milwaukee Ave.  
Chicago, IL 60654-3965  

West Suburban Bank  
711 S. Meyers Road  
Lombard, IL 60148-3770  

Steiner Electric  
1250 Touhy Ave.  
Elk Grove Village, IL 60007-4985  

York International Corp.  
P.O. Box 905578  
Charlotte, NC 28290-5578  

Illinois Dept. of Revenue  
Bankruptcy Section Level 7-425  
100 W. Randolph St.  
Chicago, IL 60606  

Messer & Stilp  
166 W. Washington #300  
Chicago, IL 60602-2390  

Outside Legal Counsel, Ltd.  
2135 City Gate Lane, Ste. 300  
Naperville, IL 60563-3081  

Pro Consulting Svcs, Inc.  
PO Box 66768  
Houston, TX 77266-6768  

Stein & Rotman  
105 W. Madison Street, Ste. 600  
Chicago, IL 60602-4672  

Transworld Systems  
1375 E Woodfield Rd, #110  
Schaumburg, IL 60173-5423  

Zonatherm  
251 Holbrook  
Wheeling, IL 60090-5826  

UBM Mechanical Services  
165 Easy Street  
Carol Stream, IL 60188-2314  

Sheet Metal Works  
455 E. Algonquin Road  
Arlington Heights, IL 60005-4620  

UPS Supply Chain Solutions  
28013 Network Place  
Chicago, IL 60673-0001  

William T Neary  
Office of the U.S. Trustee,  
Region 11  
219 S. Dearborn St, Room 873  
Chicago, IL 60604-2027

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPASS MECHANICAL | ) | Judge Eugene R. Wedoff |
| SERVICES, INC. | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-47131 |
| | ) | |
| | ) | Hearing: August 31, 2010 at 9:30 a.m. |

**NOTICE OF HEARING ON SECOND APPLICATION FOR INTERIM
COMPENSATION FOR PROFESSIONAL SERVICES AND
REIMBURSEMENT OF EXPENSES OF FORREST L. INGRAM, P.C.**

To the Debtor, its creditors, and other parties in interest:

Forrest L. Ingram, P.C. (the "Applicant"), duly appointed attorneys for Debtor and Debtor in Possession has filed its Second Application for Interim Compensation for Professional Services and Reimbursement of Expenses ("Second Application") with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, Eastern Division. The hearing is set before the Honorable Eugene R. Wedoff in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, on August 31, 2010 at 9:30 a.m., at which time you may appear and be heard. Notice is hereby given that:

1. For the period of March 1, 2010 through June 30, 2010, the Applicant seeks fees for professional services in the amount of $28,747.00, and reimbursement of expenses in the amount of $0.00.

2. Requests for copies of the First Application shall be made to: Forrest L. Ingram, P.C., 79 W. Monroe, Suite 900, Chicago, IL 60603.

A copy of this Notice is being served by regular mail on July 29, 2010, upon those parties appearing on the service list attached to the original copy hereof filed with the Court.

/s/ Philip Groben
Forrest L. Ingram

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838