# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPASS MECHANICAL SERVICES, INC. | ) ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-47131 |
| | ) | |
| | ) | Hearing: August 24, 2010 at 9:30 a.m. |

**COVER PAGE FOR SECOND APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES FOR THE DEBTOR COMPASS MECHANICAL SERVICES, INC.**

**Name of Applicant:** Forrest L. Ingram, P.C.
**Authorized to Provide Services to:** Compass Mechanical Services, Inc.
**Date of Order Authorizing employment:** February 24, 2009
**Periods for Which Compensation is Sought:** March 1, 2010 through June 30, 2010
**This is an:** Interim application.
**Amounts sought:**
    **Compensation:** $28,747.00
    **Expenses:** $0.00
**Amounts requested in prior fee applications:**

| Date Filed | Period Covered | Fees Requested | Expenses Requested | Amounts Withheld |
|---|---|---|---|---|
| 3/9/2010 | 12/14/2009-2/28/2010 | $15,993.00 | $1,199.37 | $10,000.00 |


                                      FORREST L. INGRAM, P.C.

                                      By: /s/ Philip Groben
                                              Philip Groben

FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPASS MECHANICAL | ) | Judge Eugene R. Wedoff |
| SERVICES, INC. | ) | |
| | ) | |
|     Debtor and Debtor in Possession. | ) | Case No. 09-47131 |
| | ) | |
| | ) | Hearing: August 24, 2010 at 9:30 a.m. |

**AMENDED NOTICE OF AMENDED MOTION**

To:    See attached service list

    PLEASE TAKE NOTICE that I will appear on August 24, 2010 at 9:30 a.m. before the Honorable Eugene R. Wedoff, or any other Judge sitting in his stead, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the Second Application for Interim Compensation for Professional Services and for Reimbursement of Expenses of Forrest L. Ingram, P.C., attorneys for the Debtor and Debtor in Possession, and request entry of orders in accordance with these applications. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

                                                  /s/ Philip Groben_____
                                                  One of Debtor's attorneys

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
Philip Groben
Michael Ohlman
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

    I, Philip Groben, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service, by electronic filing through ECF, electronic mail, via facsimile, or by regular U.S. mail, as set forth on the attached service list, at or before 5:00 p.m. on August 3, 2010.

                                                  /s/ Philip Groben_____

# SERVICE LIST

**VIA CM/ECF**

**William T. Neary**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

**William P. Callinan**
Johnson & Krol, LLC
300 S. Wacker Dr., Ste. 1313
Chicago, IL 60606

**Christopher H. Purcell**
Sherman & Sherman
120 S. LaSalle St., Ste. 1460
Chicago, IL 60603

**Gina B. Krol**
Cohen & Krol
105 W. Madison Street, #1100
Chicago, IL 60602

**VIA U.S. MAIL**

**Enterprise Fleet Services**
395 East Roosevelt Rd.
Glen Ellyn, IL 60137

**Ford Motor Credit**
PO Box 54200
Omaha, NE 68154-3000

**West Suburban Bank**
711 S. Meyers Rd.
Lombard, IL 60148

**VIA ELECTRONIC MAIL**

**Compass Mechnical Services, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMPASS MECHANICAL | ) | Judge Eugene R. Wedoff |
| SERVICES, INC. | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-47131 |
| | ) | |
| | ) | Hearing: August 24, 2010 at 9:30 a.m. |

**AMENDED SECOND APPLICATION FOR INTERIM COMPENSATION
FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES OF
FORREST L. INGRAM, P.C.**

FORREST L. INGRAM, P.C. ("Applicant") on behalf of its attorneys, duly appointed counsel for Debtor and Debtor in Possession Compass Mechanical Services, Inc. (the "Debtor"), hereby makes its second application for interim compensation ("this Application") pursuant to Section 331 of the United States Bankruptcy Code and Rule 2016 and Local Rule 607 and requests that this Honorable Court enter an order allowing compensation for legal services rendered and reimbursement of expenses incurred from March 1, 2010 through June 30, 2010. In support of this Application, Applicant states as follows:

1. On November 24, 2009, Debtor entered into an engagement agreement with Applicant for a Chapter 11 case, which was subsequently amended on December 12, 2009, and made part of Applicant's motion to employ itself as Debtor's counsel.

2. On December 14, 2009, Applicant filed, on Debtor's behalf, the petition for relief under chapter 11, Case No. 09-47131.

3. On February 24, 2010, the Court entered an order in this case allowing employment of Applicant as Debtor's attorneys, retroactive to December 14, 2009. A copy of the order is attached hereto as **Exhibit A.**

4. On March 9, 2010, Applicant filed its First Application for Interim Compensation for Professional Services and for Reimbursement of Expenses in the amounts of $15,993.00 in professional fees and $1,199.37 in reimbursable expenses.

5. On April 6, 2010, this Court entered an Order granting Application's First Application for Interim Compensation for Professional Services and for Reimbursement of Expenses and awarded Applicant $14,893.00 in professional fees and $1,199.37 in reimbursable expenses.

6. Applicant has performed numerous additional legal services for the Debtor thus far in this case. The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from March 1, 2010 through June 30, 2010, are scheduled in detail to the tenth of an hour and arranged *by natures* in **Exhibit B**, attached hereto. A copy of Exhibit B has been sent to the Debtors with a request for review of the details, and for objection, if any. The Debtors have not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

7. Applicant's billing detail, arranged *by attorneys*, is attached hereto as **Exhibit C.**

8. A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached hereto as **Exhibit D.**

9. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of the above-entitled proceedings were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

10. Applicant requests the allowance of payment of compensation for legal services during the period March 1, 2010 through June 30, 2010 in the sum of $28,747.00.  Applicant requests the entry of the order in less than four months because Applicant is a small firm requiring the shorter interval.

11. The services rendered by Applicant were directly related and necessary to the preparation for and the administration of the Chapter 11 case, including, but not limited to, filing various pleadings on behalf of the Debtor, appearing in Court on various matters, objecting to claims filed by Debtor's creditors, and corresponding with the Debtor and other necessary parties on behalf of the Debtor in the chapter 11 case.

12. HOURS OF SERVICES SORTED BY CATEGORY OR "NATURE" – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of 121.9 hours of services during the current period.  The hours, broken down by natures are summarized in **Exhibit B**. They are as follows:

    a. **Admin**  Approximately 16.9 hours of time and services were rendered in connection with matters that were administrative in nature including, but not limited to, general correspondence with the Debtor's president regarding current issues in the case, serving out filed pleadings to parties entitled to service, drafting and filing various pleadings on behalf of the Debtor, and preparing for Court appearances on behalf of the Debtor.  For these services, Applicant seeks $3,304.00.

    b. **Adv**  Approximately 5.3 hours of time and services were rendered in connection with adversarial matters including, but not limited to, strategizing on how to

properly deal with certain claims that the Debtor contests. For these services, Applicant seeks $1,442.00.

c. **CM** Approximately 53.8 hours of time and services were rendered in connection with contested matters, including, but not limited to, appearing in Court on the Debtor's behalf on various contested matters, preparing time sheets for a motion for sanctions filed on behalf of the Debtor, strategizing how to deal with the Debtor's collective bargaining agreement through the bankruptcy case, preparing pleadings related to contested matters, and reviewing other pleadings related to contested matters that were filed in Court. For such services, Applicant seeks $12,848.00.

d. **DS&P** Approximately 22 hours of time and services were rendered in connection with the Debtor's disclosure statement and plan, including, but not limited to, strategizing the Debtor's plan confirmation strategy and work in connection with a motion to extend time to file the Debtor's disclosure statement and plan of reorganization. For such services, Applicant seeks $5,484.00.

e. **Fee** Approximately 11.1 hours of time and services were rendered in connection with fee applications, including, but not limited to, drafting, reviewing, filing, and serving Applicant's first fee application. For such services, Applicant seeks $2,370.00.

f. **Fin** Approximately 0.4 hours of time and services were rendered in connection with issues relating to the possibility of obtaining post-petition financing and incurring post-petition debt. For such services, Applicant seeks $134.00.

    g. **Obj**  Approximately 3.5 hours of time and services were rendered in connection with objections, including, but not limited to, preparing objections to claims filed in the Debtor's chapter 11 case. For such services, Applicant seeks $931.00.

    h. **Resrch**  Approximately 2.8 hours of time and services were rendered in connection with researching, including, but not limited to, issues relating to the ERISA claims and the automatic stay and issues relating to objections to claims filed by one of Debtor's creditors.  For such services, Applicant seeks $601.00.

    i. **Trste**  Approximately 0.8 hours of time and services were rendered in connection with correspondence with the U.S. Trustee regarding current issues in the Debtor's case.  For such services, Applicant seeks $137.00.

    j. **Tx**  Approximately 0.1 hours of time and services were rendered in connection with the Debtor's tax issues, including, but not limited to, correspondence with the internal revenue service regarding the Debtor's chapter 11 case.  For such services, Applicant seeks $45.00.

    k. **Union**  Approximately 5.2 hours of time and services were rendered in connection with the Debtor's union issues, including, but not limited to, reviewing pleadings filed by a union creditor, and drafting a letter to that union creditor relating to revising or rejecting a collective bargaining agreement.  For such services, Applicant seeks $1,451.00.

13. HOURS OF SERVICES SORTED BY ATTORNEYS AND CLERKS – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of approximately 54.8 hours of service, broken down by attorney, as indicated on **Exhibit C**.  They are as follows:

    a. **Attorney Forrest L. Ingram** provided approximately 14.5 hours of service at $450.00 per hour, including all phases of the chapter 11 case.

    b. **Attorney Michael Ohlman** provided approximately 89.8 hours of service at $220.00 per hour, including all phases of the chapter 11 case.

    c. **Attorney Vik Chaudhry** provided approximately 6.2 hours of service at $195.00 per hour prior, including the fee application phase of the chapter 11 case.

    d. **Attorney Phil Groben** provided approximately 2.2 hours of service at $195.00 per hour prior including multiple phases of the chapter 11 case.

    e. **Legal Clerk Brad Opferman** provided approximately 9.2 hours of service at $90.00 per hour, including multiple phases of the chapter 11 case.

14. Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

15. Applicant has also expended costs in providing services to Debtors. Such costs, including postage and copying costs, are set forth in **Exhibit E**, attached hereto. For such costs, Applicant seeks reimbursement in the sum of $0.00.

16. Debtor initially provided Applicant an initial retainer of $10,000.00 for legal services and $1,039.00 for filing fees. After the Court's award of fees for Applicant's first fee application, a sister company of the Debtor advanced Applicant $7,500.00 additional in order to pay Debtor's legal fees due Applicant.

17. After the Court's award of fees for Applicant's first fee application, Applicant applied the $7,500.00 advanced from Debtor's sister company and also funds that were in the initial retainer. After that, and currently, there is a remainder of $2,446.63 remaining from Debtor's initial retainer.

18. This Application and a Notice of Hearing on the Second Application has been sent to the Debtor, to the U.S. Trustee, and to parties entitled to notice. A Notice for Hearing on This Application has likewise been sent to all other creditors and parties of interest, along with a summary of all services provided by Debtor's counsel to the Debtors. A certificate of service for the Notice has been filed with the Clerk of the Court.

19. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

**WHEREFORE,** Applicant respectfully requests that the Court conduct an appropriate hearing on Counsel's application and allow a reasonable fee to Debtor's Counsel in the sum of $28,747.00 for services for the period from March 1, 2010 through June 30, 2010, plus costs of $0.00. Applicant asks for such other relief as may be appropriate.

    Respectfully submitted,

    FORREST L. INGRAM, P.C.

    /s/    Philip Groben
    Attorney for Debtor

Forrest L. Ingram, #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838
(312) 759-0298 fax