**FILED**

**AUG 24 2010**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 09 B 47131
COMPASS MECHANICAL )
SERVICES, INC. )
)
)
) Chapter 11
)
Debtor and Debtor in Possession. )
)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L. INGRAM, P.C., ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $28,747.00 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $1,640.95 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $27,106.05 | TOTAL COSTS ALLOWED: | $0.00 |

### TOTAL FEES AND COSTS ALLOWED: $27,106.05

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appears on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2) **Unreasonable Time**
The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(4) **Insufficient Description**
The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

1

(7)     **Lumping**
The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(12)    **Clerical Work Not Compensable**
The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: August 24, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

2

**Forrest L. Ingram, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 900
Chicago, IL 60603-4907

Compass

| Date | Nature | Item | Atty | Time | Fee | |
|---|---|---|---|---|---|---|
| 3/2/10 | Admin | phone call with client re: vehicles, employees and loan information | MVO | 0.2 | $44.00 | ④ -44 |
| 3/2/10 | Admin | prepared correspondence re: vehicle loans | MVO | 0.2 | $44.00 | |
| 3/4/10 | Admin | phone call with client MW re: union issues outstanding pursuant to audit, leases and vehicle loans, prepared email requesting information | MVO | 0.3 | $66.00 | |
| 3/8/10 | Admin | phone call with client to discuss lease/lien issues and payments going forward, Raul issues with sale, debt restructuring, IRS | MVO | 0.3 | $66.00 | |
| 3/9/10 | Admin | Discuss with MO strategies proposed by shareholders of the Debftor; review pros and cons. | FLI | 0.3 | $135.00 | |
| 3/9/10 | Admin | phone call to GK re: dates for Motion to Incur Debt | MVO | 0.1 | $22.00 | ⑦ -45 |
| 3/10/10 | Admin | Direct MO to update Case Management; set meeting to discuss case. | FLI | 0.1 | $45.00 | |
| 3/11/10 | Admin | Mailing out motion to incur debt to creditors | Clerk | 2.1 | $189.00 | ⑫ -189 |
| 3/17/10 | Admin | Revise case management. Send to MO with directions. | FLI | 0.5 | $225.00 | |
| 3/19/10 | Admin | Conference with MO re status, union, plan, incurring of debt, and payment of attorney fees. | FLI | 0.2 | $90.00 | ④ -90 |
| 3/23/10 | Admin | status review | FLI | 0.2 | $90.00 | |
| 3/23/10 | Admin | Discussion with courtroom deputy egarding entry of the agreed order | PG | 0.1 | $19.50 | |
| 3/25/10 | Admin | phone call with client re: open matters, J&K's check, cash collateral order, status on case(s) | MVO | 0.4 | $88.00 | ⑫ -27 |
| 3/29/10 | Admin | Dropping off agreed order for sanctions at Wedoff's chambers | Clerk | 0.3 | $27.00 | |
| 4/5/10 | Admin | phone call with client re: open issues - union, motion to incur debt and Raul's pending ch 7 | MVO | 0.3 | $66.00 | |
| 4/6/10 | Admin | Court appearance: application for compensation | PG | 0.2 | $39.00 | |
| 4/6/10 | Admin | Preparation for court: application for compensation | PG | 0.2 | $39.00 | |
| 4/7/10 | Admin | email to client re: court appearance and issues going forward. | MVO | 0.2 | $44.00 | |
| 4/8/10 | Admin | phone conversation and email to counsel for West Suburban re: order to incur debt | MVO | 0.2 | $44.00 | |
| 4/12/10 | Admin | Discuss with MO the loan from West Suburban Bank, the Union's motion to lift stay, the status of the disclosure statement, and the granting of fees. | FLI | 0.2 | $90.00 | |
| 4/12/10 | Admin | conversation with FLI re: status of case and open issues | MVO | 0.2 | $44.00 | |
| 4/13/10 | Admin | Phone conference with Local No 73 attorney re: letter seeking pre-petition debt - agreed to cease collection efforts | MVO | 0.1 | $22.00 | |
| 4/13/10 | Admin | prepared letter and fax to Local NO 73 attorney re: auto stay | MVO | 0.2 | $44.00 | ⑫ -19.50 |
| 4/13/10 | Admin | Delivered agreed order to Judge Wedoff's courtroom deputy | PG | 0.1 | $19.50 | |
| 4/14/10 | Admin | Spoke with MO re motion to incur indebtedness; review order. | FLI | 0.1 | $45.00 | |
| 4/19/10 | Admin | phone call with client re: open issues, union and needed documents for further proceedings | MVO | 0.3 | $66.00 | |
| 4/20/10 | Admin | filed appearance in ND Ill case Local 597 v Compass et al | MVO | 0.2 | $44.00 | |
| 5/11/10 | Admin | correspondence with client re: 1113 letter, DS&P, Ford payments and other open issues | MVO | 0.3 | $66.00 | |
| 5/13/10 | Admin | drafted and filed motion to extend DS&P | MVO | 0.5 | $110.00 | |
| 5/21/10 | Admin | phone call with MW re: Local 597's motions and upcoming steps re: claims | MVO | 0.6 | $132.00 | ④ -110 |
| 5/25/10 | Admin | phone conversation with client re: court | MVO | 0.5 | $110.00 | |
| 5/26/10 | Admin | Labling and mailing envelope to Kroll | Clerk | 0.2 | $18.00 | ⑫ -18 |
| 6/1/10 | Admin | phone call with client re: motion to convert: discussed documents filed by Local 597, discussed affidavit and supporting documentation to use in response, issues if case is converted/dismissed and the different options the Debtor may take. | MVO | 1.1 | $242.00 | |
| 6/1/10 | Admin | Proof and edit motion to strike | PG | 0.4 | $78.00 | ⑫ -9 |
| 6/2/10 | admin | Ordering transpcripts from jackie defini | Clerk | 0.1 | $9.00 | |
| 6/2/10 | Admin | phone call to client re: motion to convert was denied - union was not present at hearing, explanation behind issues related to hearing and motions filed by Local 597. | MVO | 0.5 | $110.00 | |
| 6/7/10 | Admin | phone call with client re: auditor's theft of certain documents | MVO | 0.3 | $66.00 | |
| 6/7/10 | Admin | meeting with FLI re: auditor's theft of certain documents | MVO | 0.2 | $44.00 | |
| 6/7/10 | Admin | phone call to auditor re: theft of certain documents | MVO | 0.2 | $44.00 | |

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 6/7/10 | Admin | phone call with client re: auditor's response to accusations - they did take the records and will return them tomorrow | MVO | 0.4 | $88.00 |
| 6/7/10 | Admin | meeting with FLI re: steps we must take re: auditor issues | MVO | 0.3 | $66.00 |
| | | | FLI | 0.1 | $45.00 |
| 6/8/10 | Admin | Review court filings. | MVO | 0.1 | $22.00 |
| 6/15/10 | Admin | Phone call with cleint re: Local 597 issues and continued business operations | Clerk | 0.3 | $27.00 |
| 6/22/10 | Admin | Delivering motion to opposing counsel | Clerk | 3.0 | $270.00 |
| 6/29/10 | Admin | Preparing Objection to Claims, Notice of Hearing, and Proposed Order 8-1, 12-17, 25-26 (1.2); Filing Objections (.6); Prepapring Mailing and Sending Notice and Objection (1.2) | FLI | 0.6 | $270.00 |
| 4/15/10 | Adv | Strategize with MO re contesting claims filed by Pipe Fitters through objections and adversary. | FLI | 0.3 | $135.00 |
| 6/12/10 | Adv | Review draft of adversary against Pipe Fitters Unon and discuss needed changes with MO. | MVO | 2.6 | $572.00 |
| 6/12/10 | Adv | prepared adversary complaint against the Local 597 entitites | MVO | 1.5 | $330.00 |
| 6/12/10 | Adv | Filed complaint in adversary against Local 597 (.5) and summons (1) | FLI | 0.3 | $135.00 |
| 6/14/10 | Adv | Review email from court re filing fee (.1); review docket (.1) direct staff to respond (.1). | FLI | 0.2 | $90.00 |
| 3/3/10 | CM | Meet with MO and PG re court's reading of requirement that trustee be listed as payee. | MVO | 0.9 | $198.00 |
| 3/3/10 | CM | appeared in court on motion to vacate order lifting stay and motion to lift stay : continued for 1 week | MVO | 1.0 | $220.00 |
| 3/3/10 | CM | prepared time sheets from Motion for Sanctions | FLI | 0.1 | $45.00 |
| 3/4/10 | CM | Spoke with MO re Ford Motor's requirements for insurance. | FLI | 0.1 | $45.00 |
| 3/5/10 | CM | Spoke again with MO re Ford's refusal to accpet electronic payment. | FLI | 0.1 | $45.00 |
| 3/8/10 | CM | Confer with MO re Ford's unwillingness to accept payment of arrears. | MVO | 0.1 | $22.00 |
| 3/8/10 | CM | Phone call with Sherman and Sherman re: leases - they will not agree to anything on the van, will agree on the Cab West leases | MVO | 0.1 | $22.00 |
| 3/8/10 | CM | conference with FLI re: van | MVO | 1.2 | $264.00 |
| 3/8/10 | CM | researched section 1113 for letter re: collective bargaining agreement | FLI | 0.1 | $45.00 |
| 3/9/10 | CM | Discuss with MO argument to be made before Judge Wedoff on the motion for sanctions. | FLI | 0.1 | $45.00 |
| 3/9/10 | CM | Direct MO to provide opposing counsel with time sheets and obtain court order allowing fees. | FLI | 0.2 | $90.00 |
| 3/9/10 | CM | Review motion to incur indebtedness (0.1); discuss with MO (0.1). | MVO | 0.3 | $66.00 |
| 3/9/10 | CM | prepared for hearing on Sanctions | MVO | 1.0 | $220.00 |
| 3/9/10 | CM | Appeared in Court on Motion for Sanctions | MVO | 0.7 | $154.00 |
| 3/9/10 | CM | prepared motion to incur debt | MVO | 1.0 | $220.00 |
| 3/10/10 | CM | appeared in court on Motion to Vacate order lifting stay and motion to lift stay and status of DS&P : granted motion, continued Status | FLI | 0.2 | $90.00 |
| 3/15/10 | CM | Several discussions with MO re correspondence with union re fees. | MVO | 0.2 | $44.00 |
| 3/15/10 | CM | prepared fees email for J&K, LLC for motion for sanctions | MVO | 0.2 | $44.00 |
| 3/15/10 | CM | received settlement amount from J. Mallon (0.1) - attorney conference with FLI re: same - rejected (0.1) | MVO | 0.1 | $22.00 |
| 3/15/10 | CM | email to J. Mallon rejecting offer of compromise | MVO | 1.2 | $264.00 |
| 3/15/10 | CM | ordered transcripts of hearing to amend complaint in front of ND III and motion for sanctions in BK Court, reviewed Rule 362(k), Budget Services v. Better Homes and In re Atlantic Business and Community cases for information re: reasonable fees | | | |
| 3/16/10 | CM | Appeared in court on motion for sanctions - settlement | MVO | 0.6 | $132.00 |
| 3/17/10 | CM | Discuss with MO the union's revised offer to settle; direct MO to accept revised offer. | FLI | 0.1 | $45.00 |
| 3/23/10 | CM | Appeared in court on motion for sanctions - settlement | MVO | 0.4 | $88.00 |
| 3/25/10 | CM | rreviewed motion to incurr indebtedness (0.2) - spoke with clerk re: same (0.1) | MVO | 0.3 | $66.00 |
| 4/2/10 | CM | Reeview court order continuing motion for sanctions. | FLI | 0.1 | $45.00 |
| 4/6/10 | CM | Review email from MO re Pipe Fitters' motion to lift stay. | FLI | 0.1 | $45.00 |
| 4/6/10 | CM | reviewed motion to lift stay filed by Local 597 | MVO | 0.5 | $110.00 |
| 4/7/10 | CM | Email from MO re agreed order to resolve motion to lift stay. | FLI | 0.1 | $45.00 |
| 4/7/10 | CM | Appeared in court on the motion to lift the stay, motion for sanctions and motion to incur debt | MVO | 1.3 | $286.00 |
| 4/7/10 | CM | prepared for court appearance | MVO | 0.3 | $66.00 |

handwritten annotations: ⑫ -27; ⑦ -26.4

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 4/7/10 | CM | meeting with opp counsel for Ford and Cab West re: payments | MVO | 0.2 | $44.00 |
| 4/7/10 | CM | prepared order for motion to incur debt based on Trustee's suggestions - email and phone conversations with Trustee re: same | MVO | 0.5 | $110.00 |
| 4/9/10 | CM | attorney conference with PG re: motion to lift stay by Local 597 | MVO | 0.2 | $44.00 |
| 4/15/10 | CM | prepared for court appearance - reviewed motion for leave to lift stay and cases | MVO | 0.5 | $110.00 |
| 4/15/10 | CM | appeared at court appearance to lift stay, conference with opp counsel re: same, conference with atty from West Suburban Bank GK re: order to incur debt | MVO | 1.0 | $220.00 |
| 5/12/10 | CM | appeared in court on Ford's continued motion to lift the stay | MVO | 0.5 | $110.00 |
| 5/20/10 | CM | prepared response and motion to strike Local 597's motion to dismiss. | MVO | 1.5 | $330.00 |
| 5/25/10 | CM | appeared in court on motion to convert - meeting with opp counsel re: their positions and expectations | MVO | 1.5 | $330.00 |
| 5/25/10 | CM | prepared for court appearance on motion to convert | MVO | 0.3 | $66.00 |
| 5/29/10 | CM | drafted outline and part I of response - motion to convert | MVO | 1.6 | $352.00 |
| 5/29/10 | CM | reviewed motion to convert and operating reports | MVO | 1.2 | $264.00 |
| 5/31/10 | CM | Discuss with MO his response to Pipe Fitters and his intent to ask for sanctions. | FLI | 0.1 | $45.00 |
| 5/31/10 | CM | Review and thoroughly revise response to Pipe Fitter's motion to convert or dismiss (0.7). Direct MO to make changes (0.1). | FLI | 0.8 | $360.00 |
| 5/31/10 | CM | drafted response motion to motion to convert | MVO | 3.2 | $704.00 |
| 6/1/10 | CM | edited and revised response to motion to convert | MVO | 2.3 | $506.00 |
| 6/2/10 | CM | Spoke with MO prior to court hearing on Pipe Fitters' motion to convert or dismiss. Discuss options and strategies. | FLI | 0.1 | $45.00 |
| 6/2/10 | CM | Spoke with MO after court denied union's motion to convert or dismiss. Discuss follow up with Rule 9011 motion. | FLI | 0.2 | $90.00 |
| 6/2/10 | CM | Discuss with MO strategies for presenting motion for sanctions and implications of various portions of Rule 9011. | FLI | 0.4 | $180.00 |
| 6/2/10 | CM | prepared for court - read motion to convert, our response, reviewed all of the supporting documents including the operating reports for each month - prepared arguments and headings, conference with PG and FLI re: same | MVO | 1.9 | $418.00 |
| 6/2/10 | CM | appeared in court on Local 597's motion to convert | MVO | 1.2 | $264.00 |
| 6/4/10 | CM | Discuss with MO the questions asked of client in connection with 2004 exam. | FLI | 0.1 | $45.00 |
| 6/7/10 | CM | Conference with MO re documents stolen from compass by Pipe Fitter's auditor. | FLI | 0.2 | $90.00 |
| 6/7/10 | CM | Second conference with MO re admission of auditor that he took documents from Compass' office, reaction of MW re same, and strategies for obaining a just compensation for that act. | FLI | 0.5 | $225.00 |
| 6/8/10 | CM | prepared (.8) and filed agreed motion for adequate protection payments (.2) | MVO | 1.0 | $220.00 |
| 6/15/10 | CM | Discuss with MO strategies for motion for sanctions. | FLI | 0.1 | $45.00 |
| 6/16/10 | CM | prepared outline of motion for sanctions (2.4), researched 9011 and Rule 11 cases for additional support to memorandum (1.7) | MVO | 4.1 | $902.00 |
| 6/17/10 | CM | prepared facts section (2.1), argument section A (4.6), argument section B (3.2) | MVO | 9.9 | $2,178.00 |
| 6/21/10 | CM | edited and revised motion for sanctions | MVO | 1.4 | $308.00 |
| 6/22/10 | CM | Spoke with MO re court's ruling re agreed adequate protection order. | FLI | 0.1 | $45.00 |
| 6/22/10 | CM | Reviewed motion for sanctions; discused same with MO. | FLI | 0.2 | $90.00 |
| 6/22/10 | CM | Reviewed and notarized affidavits. | FLI | 0.1 | $45.00 |
| 6/22/10 | CM | prepared affidavits (.3) and exhibits (.2) | MVO | 0.5 | $110.00 |
| 6/22/10 | CM | appeared on motion for adequate protection | MVO | 0.2 | $44.00 |
| 6/22/10 | CM | prepared and filed motion for sanctions | MVO | 0.5 | $110.00 |
| 6/30/10 | CM | appeared in court on Motion for Sanctions and status of plan | MVO | 0.8 | $176.00 |
| 6/30/10 | CM | prepared for court - motion for sanctions (1.1) and status of plan (.9) | MVO | 2.0 | $440.00 |
| 4/22/10 | DS&P | Discuss plan confirmation strategy with MO. | FLI | 0.2 | $90.00 |
| 5/4/10 | DS&P | Spoke with MO re confirmation process. | FLI | 0.1 | $45.00 |
| 5/13/10 | DS&P | Review and revise 2nd motion to extend time to file DS&P. | FLI | 0.2 | $90.00 |
| 5/27/10 | DS&P | Review email from MO and court orders. | FLI | 0.1 | $45.00 |
| 6/24/10 | DS&P | prepared Disclosure Statement headings I, II, IV, V | MVO | 4.3 | $946.00 |
| 6/24/10 | DS&P | phone cal with client re: DS&P | MVO | 0.2 | $44.00 |

Handwritten annotations in right margin: ⑦ -11, ⑦ -10%, ⑦ -22, ⑦ -33, ⑦ -41.9, ⑦ -9

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 6/25/10 | DS&P | Discuss claims with MO in reference to debtor's plan. | FLI | 0.1 | $45.00 |
| 6/25/10 | DS&P | Further discussion with MO re classes of claims. | FLI | 0.1 | $45.00 |
| 6/25/10 | DS&P | Discuss with MO elements of the small business disclosure statement and plan. | FLI | 0.2 | $90.00 |
| 6/25/10 | DS&P | Review and revise disclosure statement | FLI | 0.6 | $270.00 |
| 6/25/10 | DS&P | Conference with MO re revisions needed to disclosure statement. | FLI | 0.5 | $225.00 |
| 6/25/10 | DS&P | Review small business plan of reorganization; direct MO to make changes and to file with the court today. | FLI | 0.2 | $90.00 |
| 6/25/10 | DS&P | completed drafting of plan and disclosure statement (6.9), conference with client re: plan and disclosure statement (1.3), phone call to accountant re: DS&P (.2), attorney conference with FLI re: DS&P (.7), revised and edited DS&P (2.3) | MVO | 11.4 | $2,508.00 |
| 6/25/10 | DS&P | prepared exhibits B (.9), C (1.1), D (2.1) | MVO | 3.2 | $704.00 |
| 6/25/10 | DS&P | filed DS&P with exhibits | MVO | 0.1 | $22.00 |
| 6/26/10 | DS&P | Review filed disclosure statement and plan. | FLI | 0.4 | $180.00 |
| 6/28/10 | DS&P | Discuss disclosure statement with MO. | FLI | 0.1 | $45.00 |
| 3/9/10 | Fee | Preparing Fee Apps to be filed and filing them | Clerk | 1.2 | $108.00 |
| 3/9/10 | Fee | Mailing out notice of hearing to creditors | Clerk | 1.7 | $153.00 |
| 3/9/10 | Fee | Review and revise draft of 1st application for fees and order. | FLI | 0.5 | $225.00 |
| 3/9/10 | Fee | Revise and print exhibits to 1st fee application (0.2); direct BO to copy and mail to all on the service list (0.1). | FLI | 0.3 | $135.00 |
| 3/16/10 | Fee | prepared fee application | VC | 3.0 | $585.00 |
| 4/6/10 | Fee | Review email re granting of 1st fee application (0.1); instruct staff re preparing new billing (0.1). | FLI | 0.2 | $90.00 |
| 5/1/10 | Fee | Review status of fee awards and payments. | FLI | 0.1 | $45.00 |
| 5/31/10 | Fee | Review status of outstanding fees owe, pursuant to court order. | FLI | 0.1 | $45.00 |
| 6/2/10 | Fee | Email to VC re preparing 2nd fee application. | FLI | 0.1 | $45.00 |
| 6/17/10 | Fee | Drafted 2nd fee application and notice of hearing. | VC | 3.0 | $585.00 |
| 6/22/10 | Fee | Added costs to 2nd Fee Aplication. | VC | 0.2 | $39.00 |
| 6/24/10 | Fee | Email exchange with VC re preparing fee applications. | FLI | 0.1 | $45.00 |
| 6/24/10 | Fee | Send further information to VC re compliance with Rule 2016. | FLI | 0.1 | $45.00 |
| 6/26/10 | Fee | Review and revise 2nd application for fees drafted by VC. | FLI | 0.5 | $225.00 |
| 4/12/10 | Fin | correspondence with GK at West Suburban Bank re: order to incur debt | MVO | 0.2 | $44.00 |
| 4/29/10 | Fin | Spoke with Roberrt Handler re possible financial assistance for debtor in possession. | FLI | 0.2 | $90.00 |
| 4/1/10 | Obj | Review motion to withdraw. | FLI | 0.1 | $45.00 |
| 4/19/10 | Obj | Discuss with MO the need to resolve an objection to claim with unsecured creditor (0.1); discuss strategy for same (0.1). | FLI | 0.2 | $90.00 |
| 5/25/10 | Obj | prepared objections to claims - meeting with FLI re: same | MVO | 1.6 | $352.00 |
| 6/25/10 | Obj | Spoke with MO re objecting to two further claims. | FLI | 0.1 | $45.00 |
| 6/26/10 | Obj | Review filed objections to claims. | FLI | 0.2 | $90.00 |
| 6/28/10 | Obj | Discuss upcoming objections to claims with MO. | FLI | 0.1 | $45.00 |
| 6/28/10 | Obj | drafted objection to claim 33-1 (.4), prepared exhibits and notice of filing (.1), filed objection to claim (.1) | MVO | 0.6 | $132.00 |
| 6/28/10 | Obj | meeting with IR re: objections to claims | MVO | 0.3 | $66.00 |
| 6/29/10 | Obj | reviewed objections to claims | MVO | 0.3 | $66.00 |
| 4/9/10 | Resrch | Research into the efffect of the auto. stay on ERISA claims of the Debtor | PG | 0.6 | $117.00 |
| 5/3/10 | Resrch | researched claims issues for union's claims objection : amendment of claims and issues related to secured claims and claim preclusion | MVO | 1.6 | $352.00 |
| 5/3/10 | Resrch | reviewed documents submitted re: union issues | MVO | 0.6 | $132.00 |
| 3/30/10 | Trste | Dropping off money order to Trustee's office | Clerk | 0.3 | $27.00 |

Handwritten annotations in right margin:
- (2)(b) 63
- (12) -153
- (7) -58.5
- (12) -27

Handwritten note at bottom: "Not deducting first 3 deductions on this page because these amounts are less than the total deduction already noted on next page for fee app preparation."

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 5/14/10 | Trste | phone call with T. re: DS&P and union issues, viability of a plan without union support and without modification of collective barganing agreement | MVO | 0.2 | $44.00 |
| 5/20/10 | Trste | phone call with T. re: DS&P and union issues - upcoming motions and her support | MVO | 0.3 | $66.00 |
| 4/23/10 | Tx | Receive call from IRS; direct MO to contact agent re tax returns for employees mentioned in operating reports. | FLI | 0.1 | $45.00 |
| 4/5/10 | Union | Email to MO re union's motion to compel trustee to abandon claim against MW. | FLI | 0.1 | $45.00 |
| 4/9/10 | Union | Review of Pipefitter's motion for relief from stay to pursue ERISA claims | PG | 0.6 | $117.00 |
| 5/4/10 | Union | Spoke with MO re conflict with union. | FLI | 0.1 | $45.00 |
| 5/5/10 | Union | Review union's motion for 2004 exam (0.1). Discuss with MO lvarious approaches to respond to the request (0.2). | FLI | 0.3 | $135.00 |
| 5/12/10 | Union | Spoke with MO re dealaing with union claim. | FLI | 0.1 | $45.00 |
| 5/18/10 | Union | Review letter drafted by MO (0.1); discuss with him the settlement proposal with the Pipe Fitters Union (0.1). | FLI | 0.2 | $90.00 |
| 5/18/10 | Union | Review email from MO to MW re union. | FLI | 0.1 | $45.00 |
| 5/18/10 | Union | drafted 1113 letter to Local 597 | MVO | 3.0 | $660.00 |
| 5/25/10 | Union | Spoke with MO re court's ruling and directive at the hearing. | FLI | 0.1 | $45.00 |
| 6/2/10 | Union | Discuss with MO the rejection by the union of debtor's proposals for amending the Pipe Fitters' agreement with debtor. | FLI | 0.4 | $180.00 |
| 6/24/10 | Union | phone call with client re: union issues | MVO | 0.2 | $44.00 |

| Totals by nature | | |
|---|---|---|
| Admin | 16.9 | $3,304.00 |
| Adv | 5.3 | $1,442.00 |
| CM | 53.8 | $12,848.00 |
| DS&P | 22 | $5,484.00 |
| Fee | 11.1 | $2,370.00 |
| Fin | 0.4 | $134.00 |
| Obj | 3.5 | $931.00 |
| Resrch | 2.8 | $601.00 |
| Trste | 0.8 | $137.00 |
| Tx | 0.1 | $45.00 |
| Union | 5.2 | $1,451.00 |
| Total | 121.9 | $28,747.00 |

*[Handwritten annotations:]*
5% rule
② -932.6̸

total deductions
-1,640.95

28,747.00 - 1,640.95
= 27,106.05